

contracts and other future benefits which you expect to derive from previous business relationships, professional services, firm memberships, former employers, clients or customers. Describe the arrangements you have made to be compensated in the future for any financial or business interest.

I have no arrangements in the future to be compensated for any financial or business interest.

19. **Outside Commitments During Service**: Do you have any plans, commitments, or agreements to pursue outside employment, with or without compensation, during your service with the court? If so, explain.

None.

20. **Sources of Income**: List sources and amounts of all income received during the calendar year preceding your nomination and for the current calendar year, including all salaries, fees, dividends, interest, gifts, rents, royalties, licensing fees, honoraria, and other items exceeding $500 or more (if you prefer to do so, copies of the financial disclosure report, required by the Ethics in Government Act of 1978, may be substituted here).

Please see my SF-278 as provided by the Office of Government Ethics.

21. **Statement of Net Worth**: Please complete the attached financial net worth statement in detail (add schedules as called for).

See attached Net Worth Statement.



22. **Potential Conflicts of Interest**:

   a. Identify the family members or other persons, parties, affiliations, pending and categories of litigation, financial arrangements or other factors that are likely to present potential conflicts-of-interest when you first assume the position to which you have been nominated. Explain how you would address any such conflict if it were to arise.

   During the nomination process, I consulted with the Department of Justice's ethics office and Designated Ethics Officer to identify any potential conflicts. If I am confirmed, I will continue to consult with that office and will recuse myself from any matter in which recusal is required.

   b. Explain how you will resolve any potential conflict of interest, including the procedure you will follow in determining these areas of concern.

   If I am confirmed, any potential conflict of interest will be resolved in accordance with the terms of an ethics agreement that I have entered with the Department's designated agency ethics official. If confirmed, I will continue to consult with the



21

from college, whether or not you received payment for your services. Include the name and address of the employer and job title or description.

January 2009 – Present
Deputy Chief, Criminal Division (December 2016 – Present)
Assistant United States Attorney (August 2016 – December 2016 and January 2009 – August 2015)
United States Attorney's Office for the Eastern District of Virginia
919 East Main Street, Suite 1900
Richmond, VA 23219
Paid

August 2015 – August 2016
Counsel to the Assistant Attorney General (Detail Position)
Department of Justice, Criminal Division
Office of the Assistant Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Paid

September 2007 – December 2008
Associate Attorney
McGuireWoods LLP
Gateway Plaza, 800 East Canal Street
Richmond, VA 23219
Paid

August 2006 – August 2007
Law Clerk
The Honorable M. Hannah Lauck, United States Magistrate Judge (now District Judge)
Spottswood W. Robinson, III and Robert R. Merhige, Jr. Federal Courthouse
701 East Broad Street
Richmond, VA 23219
Paid

August 2005 – May 2006
Teaching Assistant
William & Mary School of Law Legal Skills Program
613 South Henry Street
Williamsburg, VA 23185
Paid

January 2006 – May 2006
May 2005 – August 2005
Law Student Intern
Office of the Commonwealth's Attorney for the City of Newport News

2501 Washington Avenue, 6th Floor
Newport News, VA 23607
Unpaid

May 2004 – August 2004
Law Student Intern
McDougle Law Firm
11159 Air Park Road, Suite 1
Ashland, VA 23005
Unpaid

May 2004 – August 2004
Assistant to the Director of the Restoration of Rights
Office of the Secretary of the Commonwealth
1111 East Broad Street, 4th Floor
Richmond, VA 23219
Paid

May 2003 – August 2003
Governor's Fellow
The Honorable Mark R. Warner, Governor of Virginia
Office of the Governor
State Capitol
Richmond, VA 23219
Paid

7. **Military Service and Draft Status**: Identify any service in the U.S. Military, including dates of service, branch of service, rank or rate, serial number (if different from social security number) and type of discharge received, and whether you have registered for selective service.

   I have not served in the U.S. military. I am not subject to selective service registration requirements.

8. **Honors and Awards**: List any scholarships, fellowships, honorary degrees, academic or professional honors, honorary society memberships, military awards, and any other special recognition for outstanding service or achievement.

   Assistant Attorney General's Award for Exceptional Service,
   United States Department of Justice, 2019

   Bushrod 1L Moot Court Tournament 1st Place,
   University of Richmond School of Law, 2006

3



## WRIT OF QUO WARRANTO

WRIT OF EXECUTION TO ENFORCE COMPLIANCE ON WRIT OF MANDAMUS 550CL2300541700

**SUBJECT: WRIT OF QUO WARRANTO** - Urgent Requirement for Writ of Execution to Enforce Compliance on Writ of Mandamus and Immediate Investigation for High Crimes and Misdemeanors of Humanity, WM-049 Transaction # 23082500040 Receipt #23000011316 Formal Notice Case No. 550cl2300541700 and to file a formal complaint and press criminal charges in the interest of justice and on behalf of the 20+ million disenfranchised veterans and servicemembers. Rule 23(a) is satisfied.

**INTRODUCTION: NOTICE TO THE AGENT AND THE PRINCIPAL-.** For failures of legal and ethical obligations and unlawful actions, as memorialized in self-authenticating evidence under Federal Rules of Evidence 902(6), and Authenticity and Credibility: Notarized affidavits are self-authenticating under Federal Rule of Evidence 902(8), which should have streamlined their acceptance in court as legitimate evidence without further validation, highlighting the recognized nature of their misconduct.

To which the defense has failed to properly Appear, Answer, Defend and Cure, nor have they yet to provide Surety Bond Requirements Upholding Justice and Transparency Ahead of the 2024 Presidential Election "BREACH OF THE PEACE", Failure to "SHOW CAUSE" § 8.01-274.1. Motion or petition for rule to show cause for violation of court order, willful Delays Laches and Estoppel by Acquiescence to the Notarized affidavits pursuant to ethical and legal obligations to the United States Constitution, the Sovereign Body, and Sovereign Nation of the Republic of Virginia.

**KEY CONCERNS AND REQUESTS:** High Crimes and Misdemeanors Against Humanity- Delays, Laches, and Acquiescence in answering to the violations of Customary International Laws, as seen in the Petitioners notarized affidavits and to include but not limited to the following: "Investigation" that shall mean the process by which the Commission investigates all charges coming before it pursuant to Va. Code § 17.1-902 as to the Delays, Laches, and Acquiescence in answering to the violations of Customary International Laws

States such as the **Republic of Virginia (See Letter to Mayor Alexander),** may choose to not abide by international law, and even to breach a treaty but such violations, particularly of peremptory norms, can be met with disapproval by others and in some cases coercive action ranging from diplomatic and economic sanctions to war.

Subject: **Willful Delays Laches and Estoppel by Acquiescence to the Notarized affidavits** to their commitment to their legal and ethical obligations of their Oath of Office and their duties as FIDUCIARIES, 22VAC30-100-15 mandated reporters, and Constitutional Officers at the offices listed below, and swear before god, that all actions from said offices, and from members of their staff under their purview, have been lawful and met all legal and ethical obligations, such as memorialized in but not limited to the following treaties and agreements: international agreements, International Law and Justice https://www.ohchr.org/ ... Natural law, treaties and International Agreements between sovereign states (or between states and international organizations) governed by international law(s) and or in accordance with the laws of the Virginia, Virginia Charters and or the Republic of Virginia.

OMB Control Number 1610-0001                                                                                                           A SECURITY (15 USC)

LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY
**WRIT OF QUO WARRANTO**

**La Terrence D. Kelley**
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

NOTICE TO THE AGENT AND THE PRINCIPAL
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity


VETERANS BACKING VETERANS

SUBJECT: **NOTICE TO THE AGENT(s) AND THE PRINCIPAL(s) of PERSONAL LIABILITY: 42 U.S. Code § 1983 - Civil action for deprivation of rights** - the Fiduciaries, 22vac30-100-15. Mandated Reporters, Constitutional Officers, City Employees and Elected officials, otherwise known as public servants, included, and as mentioned in this email and in Notarized Affidavits and or having knowledge of or have participated in any unlawful actions in regard to WM-049 Transaction # 23082500040 Receipt #23000011316 Formal Notice Case No. 550CL2300541700, failure to cure, failure to provide Surety Bond Requirements, Upholding Justice and Transparency ahead of the **TUESDAY ELECTIONS**, and other legal provisions outlined in previous communications. In light of these serious claims of "BREACH OF THE PEACE", I demand a detailed response addressing each specific allegation, **in each Notarized Affidavit as per their ROSEBORO NOTICE** and you have hereby been served.

**WRIT OF QUO WARRANTO** - Urgent Requirement for Writ of Execution to Enforce Compliance on Writ of Mandamus and Immediate Investigation for High Crimes and Misdemeanors on Humanity, WM-049 Transaction # 23082500040 Receipt #23000011316 Formal Notice Case No. 550cl2300541700 and to file a formal complaint and press criminal charges in the interest of justice and on behalf of the 20+ million disenfranchised veterans and servicemembers. Rule 23(a) is satisfied.

AUTHORITY: **GOVERNMENT TRANSPARENCY AND ACCOUNTABILITY:** Marbury v. Madison (1803) | Judicial Review
**§ 30-100. Declaration of legislative policy; construction § 38.2-500. Declaration of purpose.** Transparency is the bedrock of government accountability. Our democracy is founded on the principles of openness and checks and balances. Ensuring that government actions are subject to scrutiny and oversight by the public is fundamental to preventing abuse of power and protecting the rights of citizens. Transparency allows for accountability at all levels of government, from federal agencies to local authorities.

**RIGHT TO PETITION AND PARTICIPATE: Article 2, Article 7, and Article 10 of the Universal Declaration of Human Rights**
The petitioner's right to petition the government for a redress of grievances, as guaranteed by the First Amendment to the United States Constitution, is a cornerstone of democracy. This right extends beyond the mere submission of a petition; it encompasses the expectation that the government will respond meaningfully and engage in dialogue with citizens. Transparency is an integral part of this process, allowing citizens to fully understand the government's response and the actions taken in their name.

**42 U.S. Code § 1983 - Civil action for deprivation of rights** The Supreme Court has established "an implied private right of action" under Title VI, leaving it "beyond dispute that private individuals may sue" to address allegations of intentional discrimination. Barnes v. Gorman, 536 U.S. 181, 185 (2002) (quoting Alexander v. Sandoval, 532 U.S. 275, 280 (2001)).

**The International Court of Justice**, the principal judicial organ of the United Nations, functions in accordance with the Statute of the International Court of Justice, which is annexed to the UN Charter, and forms an integral part of it. (See Chapter XIV, Article 92) Customary International Law https://www.un.org/en/about-us/un-charter

**REFERENCES: SELF-DETERMINATION JUS COGENS- PARENTORY NORM INTERNATIONAL LAW and ERGA OMNES OBLIGATIONS**
Respect for the people's right to self-determination is one of the purposes of the United Nations. It is one of the principles of customary international law, and was codified in various international treaties, like the UN Charter, and the International Covenant on Civil and Political Rights.

1) Fair Hearing and Administrative Justice, enshrined in Article 10 of the Universal Declaration of Human Rights.
2) Articles 5(2); and 14(1) of the International Covenant on Civil and Political Rights; and
3) Article 7(1)(a) of the African Charter on Human and Peoples' Rights,
4) Rights To Equality Before the Law and Freedom from Discrimination enshrined in Articles 2 and 7 of the Universal Declaration of Human Rights.
5) Articles 2; 14(1); and 26 of the International Covenant on Civil and Political Rights.
6) Articles 2 and 3 of the African Charter on Human and Peoples' Rights,
7) 401(l)(1) of the PROTECT Act

**KEY CONCERNS AND REQUESTS:** Petition Lieutenant Governor, Winsome Earle-Sears to declare a State of Emergency and NSL's for the State of Virginia – for unlawful Business transactions from the Clerk of the Courts, Judges, Emergency Services Sector (ESS), FIDUCIARIES, 22VAC30-100-15 mandated reporters, Constitutional Officers, and Elected Officials, otherwise known as public servants as named in notarized affidavits or with knowledge of unlawful actions WM-049 Transaction # 23082500040 Receipt #23000011316 Formal Notice Case No. 550cl2300541700, where they failed to demonstrate their integrity and credibility and unwavering commitment to their Oath of Office and their ethical and legal obligations the law, their Office in which they were elected, and their position, and to the constituents they serve, to include but not limited to the following in the 2nd District: Part of the city of Chesapeake and the cities of Franklin and Suffolk, and Isle of Wight County and part of Southampton County Va.'s 2nd District Representative : Rep. Elaine Luria (D): particularly in light of these failures before the **SUPER TUESDAY ELECTIONS**; and ,

VIRGINIA NEWS
Virginia NAACP sues Youngkin over alleged FOIA violation, concerns about equity in state government.

§ 2.2-435.12. Director of Diversity, Equity, and Inclusion; duties. The position of Director of Diversity, Equity, and Inclusion (the Director) is created. The Director shall be appointed by the Governor. The Director shall (i) develop a sustainable framework to promote inclusive practices across state government; (ii) implement a measurable, strategic plan to address systemic inequities in state government practices; and (iii) facilitate methods to turn feedback and suggestions from state employees, external stakeholders, and community leaders into concrete equity policy.


VIRGINIA NEWS
Virginia NAACP sues Youngkin over alleged FOIA violation, concerns about equity in state government

Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction:
Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

**OMB Control Number 1610-0001**        **A SECURITY (15 USC)**



LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY
**WRIT OF QUO WARRANTO**

La Terrence D. Kelley
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity

Dear Public Servants, et al.,

I trust this message finds you in good health. We are the families of Kelley, Rodriquez, and Spain (KRS), and we are reaching out to you as one family on behalf of Veterans Backing Veterans, an organization dedicated to empowering and providing unwavering support to our Veterans and to our military community. We are particularly thrilled to connect with the remarkable citizens, Community and Senior Leadership of Hampton Roads, Virginia. Home to one of the world's largest military communities with 780,000+ Veterans and Servicemembers, of which 107,000 Women Veterans.

Our esteemed CEO, La Terrence Kelley, is a decorated retired Navy, and Coast Guard Disabled Veteran with over 20 Years of Honorable Service. As well, as a former Management and Data Analyst, specializing in training and evaluating compliance inspections and inspectors, in readiness assessments and process improvement for the Department of Homeland Security (DHS) for over a decade, who is passionate about creating a robust diversified network of support for the veterans transitioning into civilian life.

**BACKGROUND:** On Thursday, April 18, 2024, I sent Letter to the Honorable Tina E. Sinnen email: TSinnen@vacourts.gov, to discuss HIGH CRIMES AND MISDEMEANORS AGAINST HUMANITY Urgent Requirement for Writ of Execution to Enforce Compliance on Writ of Mandamus and Immediate Investigation for High Crimes and Misdemeanors by those named that caused injury and damage to the Unbreakable Bond to the 23+ Million Veterans and Servicemembers, citizens and children, causing a loss faith, confidence and public trust, in the Clerk of the Courts, Judges, Emergency Services Sector (ESS), FIDUCIARIES, 22VAC30-100-15 mandated reporters, Constitutional Officers, and Elected Officials ability to perform their duties to lead in Government, in the City of Chesapeake and the City of Norfolk **and in the State of Virginia:** Petition the Governor to declare a **State of Emergency and NSL's for the State of Virginia** – for unlawful Business transactions from the Clerk of the Courts, Judges, Emergency Services Sector (ESS), FIDUCIARIES, 22VAC30-100-15 mandated reporters, Constitutional Officers, and Elected Officials, and demand for immediate and instantaneous **LEGAL MAXIM IS UBI JUS IBI REMEDIUM:** Ensuring swift and equitable redress and safety for **La Terrence D. Kelley, 20 Million Veterans and Servicemembers, citizens and children..**

   A.    RIGHT TO PETITION AND PARTICIPATE: Article 2, Article 7, and Article 10 of the Universal Declaration of Human Rights:

> Pursuant to **PARENTORY NORM INTERNATIONAL LAWS and ERGA OMNES OBLIGATIONS**: and Article VI, Section 5 of the Constitution of Virginia, and Virginia Code § 8.01-3, the Supreme Court of Virginia has the authority to make rules governing the course of appeals and the practice and procedures used in the courts of the Commonwealth. I demand confirmation of your compliance with these Rules of the Supreme Court of Virginia in the course of your duties as a public servant.

1) **Response to each and every specific Allegations:** Self-authenticating evidence under Federal Rules of Evidence 902(6), and Authenticity and Credibility: Notarized affidavits are self-authenticating under Federal Rule of Evidence 902(8), which should have streamlined their acceptance in court as legitimate evidence without further validation, highlighting the recognized nature of their misconduct.

    The petitioner has raised several significant allegations, including unlawful actions by the Clerk of the Courts, FIDUCIARIES, 22VAC30-100-15 mandated reporters, Constitutional Officers, and elected officials in demonstrating unwavering commitment to the law and to the constituents they serve, particularly in the lead-up to the **SUPER TUESDAY ELECTIONS**, and other legal provisions outlined in previous communications. In light of these serious claims, I request a detailed response addressing each specific allegation, **in each Notarized Affidavit as per ROSEBORO NOTICE.**

2) **Demand all records be produced IAW Rule 901** – Authenticating or Identifying Evidence and make the **REQUIRED MANDATORY JUDICIAL NOTICE OF JUDICATIVE COGNIZANCE PURSUANT TO RULES OF EVIDENCE 1. RULE ER 201, 302, 603. 608, 703, 901 and 1002** that demonstrates that the Agency has Authority, the proper credentials and did not fail in their ethical and legal obligations to mitigate damages, injuries or loss of credibility, reputation, consumer confidence and integrity, economic or otherwise to the petitioner La Terrence D. Kelley; And to mitigate damages, injuries or loss of credibility, reputation, consumer confidence and integrity, economic or otherwise to all persons that filed a complaint and or complaints through the offices named above, that are required to be notified and their cases subjected to a judicial review and or re-trial; And to mitigate damages, injuries or loss of credibility, reputation, consumer confidence and integrity, economic or otherwise to the 20+ million disenfranchised veterans and servicemembers.

3) Identify all material issues of fact and law, summarize the evidence, resolve issues of credibility with the Statutory Construction and Interpretation of **PARENTORY NORM INTERNATIONAL LAWS and ERGA OMNES OBLIGATIONS**: and but not limited to the failures of legal and ethical obligations and unlawful actions, as memorialized in self-authenticating evidence under Federal Rules of Evidence 902(6), and Authenticity and Credibility: Notarized affidavits are self-authenticating under Federal Rule of Evidence 902(8), which should have streamlined their acceptance in court as legitimate evidence without further validation, highlighting the recognized nature of their misconduct, in the Petitioners claims in association with TRANSACTION # 23082500040 RECEIPT #23000011316 COURT ORDERED WRIT OF MANDAMUS WM-049 Transaction # 23082500040 Receipt #23000011316 formal notice Case No. 550CL2300541700

4) Identify all decision maker's conclusions of the Statutory Construction and Interpretation of law and their records of legal reasoning and analysis, as well as the authorities on which that reasoning rests, summarize the evidence, and resolve Agency issues of credibility in regard to the evidence, witnesses, charge(s), claim(s) and instrument(s) for violation(s) of all charge(s), claim(s) instruments and laws of the **PARENTORY NORM INTERNATIONAL**

5) LAWS and ERGA OMNES OBLIGATIONS: that demonstrates that the Public Servants in charge of the Agency Redress Systems, mentioned here and or found in discovery; that demonstrates the proper credentials, legal authorities, proper business practices, special or unique training and or qualifications That justifies and permits unlawful acts and the extreme prejudice in delaying and denying my Constitutional Civil and Consumer Rights, my Equal Access to Justice, Equal Opportunity, and 14th Amendment Rights, and produce the detailed measures sought to mitigate damages, injuries or loss, economic or otherwise to the Petitioner La Terrence D. Kelley and Transaction # 23082500040 Receipt #23000011316 and to the Laws, MOUs particularly the National Labor Relations Board (NLRB) Interagency Memoranda Of Understanding(S) The Stakeholders mentioned in this affidavit and the Treaties signed under the Chesapeake and Norfolk Virginia Charter(s).

---

Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction:
Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

OMB Control Number 1610-0001  A SECURITY (15 USC)

LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY

## WRIT OF QUO WARRANTO

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity

La Terrence D. Kelley
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

VETERANS BACKING VETERANS.



- Naval Station Norfolk
- 101 W Main St
- Main street Tower
- 600 Granby St
- 4000 Coast Guard Blvd
- 620 John Paul Jones Cir
- Veterans Affairs

| 20+ Million Veterans and Servicemembers Disenfranchised | Coast Guard Academy Victims Equity | Presidential Executive Orders Minorities- DBE, EA Justice | Treaties and International Agreements Servicemembers and Veterans 23MM |
|---|---|---|---|
| *780,000+ Veterans and Servicemembers<br>*107K Women Veterans in our Community<br>*Veterans Claims and Benefits | *Financial Privacy and Security<br>*Consumer Financial Markets<br>*Citizens, Taxpayers, Consumers, Voters | *Congressional Inquries<br>*The NLRB's MOUs<br>*Veteran Owned Businesses | *Judicial System- Due Process<br>* Targeting Minorities- **EA 2 Justice**<br>*(AFDCB) Targeting Civilian Buisness |

Denial of repeated pleas for Equal Access to Justice, in providing relief for to the Petitioner for redress of grievances and enforcing the Petitioner's consumer rights and equity in his court ordered WRIT OF MANDAMUS in accordance with VIRGINIA LAW(s) § 8.01-274.1. Motion or petition for rule to show cause for violation of court order https://www.vacourts.gov/courts/scv/rulesofcourt.pdf and the VIRGINIA RULES OF EVIDENCE Supreme Court of Virginia in the above-mentioned case and as shown in this affidavit, that allows for the circumvention and or the subversion of 28 U.S. Code § 332 - Judicial councils of circuits by a **HABITUAL FUGITIVE OF JUSTICE** as seen and as memorialized in self-authenticating evidence under Federal Rules of Evidence 902(6), and Authenticity and Credibility: Notarized affidavits are self-authenticating under Federal Rule of Evidence 902(8).

**Enhanced Protections for Veterans and Service Members:** The failure of the individuals and entities within your jurisdictions to adhere to their obligations significantly undermines the safety, justice, and trust of our communities, particularly impacting the lives of the 780,000 veterans and service members residing in Virginia, inclusive of the 107,000 women veterans, and extending to the broader 20 million veterans and service members nationwide, as well as their families.



**KEY CONCERNS AND REQUESTS: High Crimes and Misdemeanors Against Humanity- Delays, Laches, and Acquiescence** in answering to the violations of Customary International Laws, as seen in the Petitioners notarized affidavits and to include but not limited to the following: "Investigation" that shall mean the process by which the Commission investigates all charges coming before it pursuant to Va. Code § 17.1-902 as to the Delays, Laches, and Acquiescence in answering to the violations of Customary International Laws and willful Delays Laches and Estoppel by Acquiescence to the Notarized affidavits: Coast Guard, that any persons mentioned in or related to the Petitioners claims in association with TRANSACTION # 23082500040 RECEIPT #23000011316 COURT ORDERED WRIT OF MANDAMUS WM-049 Transaction # 23082500040 Receipt #23000011316 formal notice Case No. 550CL2300541700 and or any persons in association with Operation Fouled Anchor as mentioned in congressional records, ever been deployed to sea, stationed on Cutter, held command of a Cutter, performed missions on a Coast Guard Cutter or been stationed overseas such as but not limited to (PATFORSWA) to enforce national and or international law on the high seas, outer continental shelf, and inward from the U.S. Exclusive Economic Zone (EEZ) to inland waters?

1. **Willful Delays Laches and Estoppel by Acquiescence to the Notarized affidavits:** That the United States Coast Guard is the lead federal maritime law enforcement agency and the only agency with both the authority and capability to enforce national and international law on the high seas, outer continental shelf, and inward from the U.S. Exclusive Economic Zone (EEZ) to inland waters; and that they cannot in good faith enforce those laws on a global stage, without causing international incidents, if they are not adhering to and or dismissive of said laws, or give the appearance of or perceived as being above the law. Who would be liable for not holding them accountable, knowing their history? Or any reasonable person be naïve enough to believe that these same atrocities are not occurring and being covered up in the same manner overseas?



Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction:
Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

OMB Control Number 1610-0001 A SECURITY (15 USC)

LA TERRENCE D. KELLEY v. **ALEJANDRO N. MAYORKAS** DEPARTMENT OF HOMELAND SECURITY
WRIT OF QUO WARRANTO

La Terrence D. Kelley
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

NOTICE TO THE AGENT AND THE PRINCIPAL
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity


VETERANS BACKING VETERANS

WRIT OF EXECUTION: WRIT OF EXECUTION TO ENFORCE COMPIANCE ON WRIT OF MANDAMUS

A. Mandamus Claim:

The Defendant had a clear and non-discretionary duty to respond to the petition for redress of grievances. This legal duty is well-established, and the failure to respond represents a violation of this duty. As such, a valid mandamus claim exists.

B. First Amendment Claim:
The Petitioner's First Amendment claim is based on the right to petition the government for a REDRESS OF GRIEVANCES, a fundamental constitutional right. The Petitioner has sufficiently alleged that this right was violated by the Defendant's failure to respond to the petition, thus constituting a valid claim.

> **ARTICLE 27. VIOLATION OF TREATY OBLIGATIONS**
>
> (a) If a State fails to carry out in good faith its obligations under a treaty, any other party to the treaty, acting within a reasonable time after the failure, may seek from a competent international tribunal or authority a declaration to the effect that the treaty has ceased to be binding upon it in the sense of calling for further performance with respect to such State.

These issues are not isolated but are indicative of broader systemic problems that erode trust in our institutions and undermine the principles of justice and equity, especially as we approach the critical 2024 Presidential Election. The cited case of Secretary Mayorkas and the outlined procedures and expectations under the National Labor Relations Board's Memoranda of Understanding demonstrate a recognized pattern of governmental obligations to lawful conduct and ethical standards that are not being met in my interactions with Virginia's judicial system. These systemic failures in government accountability as they relate to my case (No. 550CL2300541700) and broader systemic issues highlighted by recent high-profile government actions, including the impeachment proceedings against DHS Secretary Alejandro Mayorkas by the House of Representatives accuses him of a "willful and systemic refusal to comply with the law" as well as a "breach of public trust." This parallels the challenges in my case, where there has been a significant delay and apparent neglect of duty by the Chesapeake Circuit Court and The Eastern District Court of Virginia concerning the enforcement of a Writ of Mandamus issued in my favor.

**VIA ELECTRONIC MAIL**
The Honorable Admiral Linda Fagan
Commandant
U.S. Coast Guard
2703 Martin Luther King Jr. Avenue SE
Washington, D.C. 20593

> [WASHINGTON, DC] – U.S. Senate Permanent Subcommittee on Investigations (PSI) Chairman Richard Blumenthal (D-CT) and Ranking Member Ron Johnson (R-WI) wrote to Coast Guard Commandant Admiral Linda Fagan seeking additional information regarding the Coast Guard Academy's mishandling of sexual assault investigations after the Subcommittee obtained new documents from the Coast Guard related to Operation Fouled Anchor.

Dear Admiral Fagan:

The Permanent Subcommittee on Investigations ("PSI" or the "Subcommittee") initiated an inquiry in September 2023 into the mishandling of sexual assault and sexual harassment cases at the United States Coast Guard Academy ("CGA"), as well as the United States Coast Guard's (the "Coast Guard") failure to notify Congress regarding the conclusion of Operation Fouled Anchor.[1] On February 1, 2024, the Subcommittee received the enclosed documents, which appear to present Coast Guard leadership with several options on whether to inform Congress and the public about Operation Fouled Anchor during the fall of 2018.[2] At that time, the Coast Guard did not brief Congress or the public about Operation Fouled Anchor.

These documents are troubling and raise new questions about the reasons for the Coast Guard's fall of 2018 decision not to brief Congress about Operation Fouled Anchor. According to the enclosed documents, the Coast Guard was concerned that, should Operation Fouled Anchor be made public, it would "risk the initiation of comprehensive Congressional investigations, hearings, and media interest" and that "[t]he rates of sexual assault reporting have not appreciably changed, calling into question impact of Coast Guard actions taken over the past decade to change CGA climate/etc."[3] Additionally, handwritten notes on one document, which according to the Coast Guard were made by then-Vice Commandant Admiral Charles Ray, state, "Problem is one of the past... ."[4] Operation Fouled Anchor was only made public through press reports more than four years later, in the summer of 2023.[5]

Despite the Subcommittee informing the Coast Guard in a December 19, 2023 letter that all records requested by the Subcommittee should be produced without redactions, the Coast Guard continues to redact information, which prevents the Subcommittee from understanding the full scope of the Coast Guard's decisions.[6] The Subcommittee has also identified and requested missing email attachments from the few communications the Coast Guard has produced to date. One of those missing attachments appears to be an earlier draft of the Operation Fouled Anchor report that was shared among Coast Guard officials in March 2019—nearly ten months before the report was finalized.[7]

The key concerns and requests I've outlined touch on significant issues that could potentially involve state interests, particularly the impact on the administration of justice, public trust, and the integrity of state and federal interactions. Notice of the legal implications and the broader consequences of the actions described:

1. **Explicit Role Explanation and Legal Joinder Validation**: The involvement of a U.S. Attorney in a case that may overlap with state jurisdiction can raise questions about federal preemption, state sovereignty, and proper legal procedure, which are significant issues. If the case involves interpreting state laws or impacts state governance, it could attract the state attorney general's attention.
2. **Comprehensive Conflict Assessment**: If there's a potential conflict of interest due to overlapping duties of federal officials, this could affect the fairness and integrity of the legal process, aligning with state interests in maintaining a transparent and unbiased judicial system.
3. **Ensured Reasonable Accommodations**: Ensuring fair legal processes aligns with state interests in justice and equity, especially when it concerns the rights and participation of citizens within the state's legal system.
4. **Consumer Protection and Fraud against Veterans**: Issues like fraud, especially involving veterans' benefits, directly impact state residents and could mobilize state resources. These matters often involve both state and federal jurisdiction due to the dual nature of the potential crimes (e.g., fraud involving federal funds and state residents).

Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction:
Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

**OMB Control Number 1610-0001**     A SECURITY (15 USC)

LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY
## WRIT OF QUO WARRANTO

La Terrence D. Kelley
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity



Key Concerns and Requests: Violations of Article VI, Clause 3: and or 5 USC PART III, Subpart B, CHAPTER 33, SUBCHAPTER II: OATH OF OFFICE From Title 5—government organization and employees' part iii—employees subpart b—employment and retention chapter 33—examination, selection, and placement violation(s) of 18 U.S.C. § 1341 and through the Penalty Offense Authority, found in Section 5(m)(1)(B) of the FTC Act, 15 U.S.C. §45(m)(1)(B).

**United States Coast Guard FORCECOM**, located at 300 East Main Street Towers, Norfolk Virginia 23510 (Video Footage Refusal of Service) 12:30PM on 11/30/2023 I was denied access, due process and my consumer rights and protections by a LT Butler, Captain Haw and LT from LSC when the petitioner tried to address an email Sent: Sunday, October 22, 2023, 8:53 AM, in regard to his Retirement, Disability and Compensation benefits. SPII Violations

a. Solutions & Complaints Division (CG-00H-221)
b. Office of Civilian Human Resources Operations
c. USCG, Office of General Law,
d. Coast Guard ALJ Docketing Center (CG-00J)
e. Retirement and Benefits Service Center
f. Employee Relations Division / Workforce Relations Division (CG-124)
g. Coast Guard Investigative Service (CGIS)

**Fernando Galindo Eastern District Court of Virginia**
600 Granby Street, Norfolk, VA 23510 III. CANONS OF JUDICIAL CONDUCT FOR THE COMMONWEALTH OF VIRGINIA

a. The Process Server used in the notice for removal to federal court.
b. Failure to Certify Criminal Activity
c. Notarized Affidavits Estoppel by Silence (Request for Admissions, Show Cause, Bill of Particulars, Decree Pro Confesso)

**The Court Alan P. Krasnoff Chesapeake Circuit Court**
307 Albemarle Drive, Chesapeake, VA 23322 (Video Footage Refusal of Service)
III. Canons of Judicial Conduct for The Commonwealth of Virginia

a. Video footage at 307 Albemarle Drive Chesapeake, VA 23322 on 9/28/2023 as described below, in support of the Petitioner's quest to determine the pretext, intent, and legality of the removal actions by Mr. Daniel Shean.
b. Failure to Certify Criminal Activity
c. Notarized Affidavits Estoppel by Silence (Request for Admissions, Show Cause, Bill of Particulars, Decree Pro Confesso)
d. Chesapeake Circuit Court 1st Attempt Veterans' Case Files, Legal Documentation, and Surety Bond Requirements Thursday March 14, 2024, Violation of § 1519. Destruction, alteration, or falsification of records in Federal investigations and bankruptcy
e. Chesapeake Circuit Court 2nd Attempt Veterans' Case Files, Legal Documentation, and Surety Bond Requirements Monday, April 1, 2024, Violation of § 1519. Destruction, alteration, or falsification of records in Federal investigations and bankruptcy- Use of Emergency Services Sector (ESS) See Video of 5 Police Officers- Intimidation (Threats Duress Coercion under color of law)

f

**Daniel White, Principal Deep Creek Central Elementary** 2448 Shipyard Road, Chesapeake, VA 23323, Dr. Cotton Superintendent and Chesapeake School Board 312 Cedar Rd Chesapeake, VA 23322 (Video Footage Refusal of Service)
Assault on a Minor (5-Year-old Josiah Kelley)

a. Tawana B. Fortune Supervisor of Student Support
b. Mr. Paul Wilson, Director of Student Support Services
c. Mrs. Jacqueline Tate, Director of Elementary Leadership
d. Dr. Craig Pinello, Director of Department of Exceptional Learning
e. Dr. Brooke S. Rudis, Assistant Director of Student Conduct and Support
f. Dr. Daniel White, Principal, Deep Creek Central Elementary School
g. Mrs. Jane Wieck, Supervisor of Student Conduct

**The Coast Guard's Legal Team and Counsel Offices located at**
101 West Main Street, Norfolk, VA 23510 (Video Footage Refusal of Service)
**Daniel Shean**- Citations: Rule 5.1 - Responsibilities of Partners and Supervisory Lawyers

a. video footage at 307 Albemarle Drive Chesapeake, VA 23322 on 9/28/2023 as described below, in support of the petitioner's quest to determine the pretext, intent, and legality of the removal actions by Mr. Daniel Shean.
b. 2 DOJ front desk staff (intake receptionist and notary (pregnant at time of incident)
c. a 2nd notary called to perform notary duties (Building Notary).
d. Use of Emergency Services Sector (ESS)- Intimidation (Threats Duress Coercion under color of law)

**The Coast Guard's Legal Team and Counsel Offices located at**
2100 Jameison Avenue, Alexandria VA 22314
**Jessica Aber**- Citations: Rule 5.1 - Responsibilities of Partners and Supervisory Lawyers

A. The Process Server used in the notice for removal to federal court.
B. Fae- Call entered and noted at 4:12PM 10/20/2023 (Who replied You Got me- When asked, if the emails are being deleted before they are being read, how could the U. S. Attorney's Office possibly address the pertinent information, or relevant and material matter?)
C. Use of Emergency Services Sector (ESS)- Intimidation (Threats Duress Coercion under color of law)

**The Honorable Jamar Walker Eastern District Court of Virginia**
600 Granby Street, Norfolk, VA 23510 Section III. Canons Of Judicial Conduct for The Commonwealth of Virginia

B. The Process Server used in the notice for removal to federal court.
C. Failure to Certify Criminal Activity
D. Notarized Affidavits Estoppel by Silence (Request for Admissions, Show Cause, Bill of Particulars, Decree Pro Confesso)
E. Use of Emergency Services Sector (ESS)- Intimidation (Threats Duress Coercion under color of law)

**U.S. Marshal's Office for the Eastern District of Virginia**, located at 300 East Main Street Towers, Norfolk Virginia 23510
Emergency Services Sector (ESS)- Intimidation (Threats Duress Coercion under color of law)



Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction:
Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

LA TERRENCE D. KELLEY v. **ALEJANDRO N. MAYORKAS** DEPARTMENT OF HOMELAND SECURITY
## WRIT OF QUO WARRANTO

**La Terrence D. Kelley**
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity


VETERANS BACKING VETERANS

1) **Response to each and every specific Allegations:** Self-authenticating evidence under Federal Rules of Evidence 902(6), and Authenticity and Credibility: Notarized affidavits are self-authenticating under Federal Rule of Evidence 902(8), which should have streamlined their acceptance in court as legitimate evidence without further validation, highlighting the recognized nature of their misconduct.

   The petitioner has raised several significant allegations, including unlawful actions by the Clerk of the Courts, FIDUCIARIES, 22VAC30-100-15 mandated reporters, Constitutional Officers, and elected officials in demonstrating unwavering commitment to the law and to the constituents they serve, particularly in the lead-up to the **SUPER TUESDAY ELECTIONS**, and other legal provisions outlined in previous communications. In light of these serious claims, I request a detailed response addressing each specific allegation, **in each Notarized Affidavit as per ROSEBORO NOTICE**.

2) Demand all records be produced IAW Rule 901 – Authenticating or Identifying Evidence and make the REQUIRED MANDATORY JUDICIAL NOTICE OF JUDICATIVE COGNIZANCE PURSUANT TO RULES OF EVIDENCE 1. **RULE ER 201, 302, 603. 608, 703, 901 and 1002** that demonstrates that the Agency has Authority, the proper credentials and did not fail in their ethical and legal obligations to mitigate damages, injuries or loss of credibility, reputation, consumer confidence and integrity, economic or otherwise to the petitioner La Terrence D. Kelley; And to mitigate damages, injuries or loss of credibility, reputation, consumer confidence and integrity, economic or otherwise to all persons that filed a complaint and or complaints through the offices named above, that are required to be notified and their cases subjected to a judicial review and or re-trial; And to mitigate damages, injuries or loss of credibility, reputation, consumer confidence and integrity, economic or otherwise to the 20+ million disenfranchised veterans and servicemembers.

3) Identify all material issues of fact and law, summarize the evidence, resolve issues of credibility with the Statutory Construction and Interpretation of **PARENTORY NORM INTERNATIONAL LAWS and ERGA OMNES OBLIGATIONS**: and but not limited to the failures of legal and ethical obligations and unlawful actions, as memorialized in self-authenticating evidence under Federal Rules of Evidence 902(6), and Authenticity and Credibility: Notarized affidavits are self-authenticating under Federal Rule of Evidence 902(8), which should have streamlined their acceptance in court as legitimate evidence without further validation, highlighting the recognized nature of their misconduct, in the Petitioners claims in association with TRANSACTION # 23082500040 RECEIPT #23000011316 COURT ORDERED WRIT OF MANDAMUS WM-049 Transaction # 23082500040 Receipt #23000011316 formal notice Case No. 550CL2300541700

4) Identify all decision maker's conclusions of the Statutory Construction and Interpretation of law and their records of legal reasoning and analysis, **as well as the authorities** on which that reasoning rests, summarize the evidence, and resolve Agency issues of credibility in regards to the evidence, witnesses, charge(s), claim(s) and instrument(s) for violation(s) of all charge(s), claim(s) instruments and laws of the **PARENTORY NORM INTERNATIONAL LAWS and ERGA OMNES OBLIGATIONS**: that demonstrates that the Agency Redress Systems and those of this Honorable Court mentioned here and or found in discovery; that demonstrates that the Agency Redress Systems and those of this Honorable Court,

| REQUEST FOR ADMISSIONS | SUBVERSION OF NLRB | LETTER CHIEF OF POLICE | DECREE PRO CONFESSO |
|---|---|---|---|
| |  |  |  |

| MOTION - SHOW CAUSE | DELAYS, LACHES, & ACQUIESCENCE | JUDICIAL REVIEW (J. WALKER) | ASSUALT - (D. WHITE) |
|---|---|---|---|
|  |  |  |  |

| MOTION-DEFAULT JUDGEMENT | CEASE AND DESIST LETTER | EMOLUMENTS CLAUSE (J. ABER) | EA 2 JUSTICE (J. WALKER) |
|---|---|---|---|
|  |  | | |

Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction:
Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

OMB Control Number 1610-0001   A SECURITY (15 USC)

LA TERRENCE D. KELLEY v. **ALEJANDRO N. MAYORKAS** DEPARTMENT OF HOMELAND SECURITY
### WRIT OF QUO WARRANTO

**La Terrence D. Kelley**
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity


VETERANS BACKING VETERANS



Citations: Rule 5.1 - Responsibilities of Partners and Supervisory Lawyers
**Real time Comparison** - AG takes over prosecutor's office, top official resigns amid misconduct probes.
AG takes over prosecutor's office, top official resigns amid misconduct probe - nj.com
- Virginia Rules of Professional Conduct: Rule 1.7 (Virginia State Bar)
- Virginia Rules of Professional Conduct: Rule 1.9 (Virginia State Bar)
- ABA Model Rules of Professional Conduct: Rule 1.7 (American Bar Association)
- ABA Model Rules of Professional Conduct: Rule 1.9 (American Bar Association)
- Fair Hearing and Administrative Justice, enshrined in Article 10 of the Universal Declaration of Human Rights.

SECTION III. CANONS OF JUDICIAL CONDUCT FOR THE COMMONWEALTH OF VIRGINIA:
**Real time Comparison** - Little Rock (KATV) — On Thursday, the Arkansas Judicial Discipline & Disability Commission (JDDC) announced that Seventh Judicial Circuit Judge Chris Williams is resigning. His resignation is effective Mar. 30, 2024, and will see him removed from the office.
https://wibc.com/249565/madison-county-judge-charged-with-4-counts-of-judicial-misconduct/



- Canon 1: A judge shall uphold the integrity and independence of the judiciary.
- Canon 2: A judge shall avoid impropriety and the appearance of impropriety in all of the judge's activities.
- Canon 3: A judge shall perform the duties of judicial office impartially and diligently.
- Canon 4: A judge shall conduct the judge's extrajudicial activities to minimize the risk of conflict with judicial obligations.
- Canon 5: A judge or judicial candidate shall refrain from inappropriate political activity.



- Article 2. Bar Organization and Government.
- § 54.1-3909. Rules and regulations defining practice of law and prescribing procedures for practice of law-by-law students, codes of ethics, use of limited liability companies, and disciplinary procedure.
- Rule 8.3 - Reporting Misconduct, Va. R. Sup. Ct. 8.3
- § 240.151-1 Regulation best interest.
  o Best interest obligation.
- DR:1-102(A)(3); DR:1-103(A).
- Va. R. Sup. Ct. 5.1

§ 24.2-671. Electoral board to meet and ascertain results; conclusiveness of results. Each electoral board shall meet at the clerk's or general registrar's office of the county or city for which they are appointed at or before 5:00 p.m. on the day after any election. The board may adjourn to another room of sufficient size in a public building to ascertain the results, and may adjourn as needed, not to exceed seven calendar days from the date of the election unless an extension has been granted to accommodate a risk limiting audit conducted pursuant to § 24.2-671.2. Written directions to the location of any room other than the clerk's or general registrar's office where the board will meet shall be posted at the doors of the clerk's and general registrar's offices prior to the beginning of the meeting.

The board shall open the returns delivered by the officers.

If the electoral board has exercised the option provided by § [illegible] for delivery of the election materials to the office of the general registrar on the night of the election, the electoral board shall meet at the office of the general registrar at or before 5:00 p.m. on the day after any election

**Jessica Aber, U.S. Attorney (EDVA)**
2100 Jameison Avenue,
Alexandria VA 22314

**Daniel Shean, U.S. Attorney (EDVA)**
101 West Main Street,
Norfolk, VA 23510

**The Honorable Jamar Walker Eastern District Court** of Virginia
600 Granby Street
Norfolk, VA 23510

**U.S. Marshal's Office for the Eastern District of Virginia**, located at
300 East Main Street Towers,
Norfolk Virginia 23510

**Daniel White, Principal** Deep Creek Central Elementary 2448 Shipyard Road, Chesapeake, VA 23323, **Dr. Cotton Superintendent and Chesapeake School Board** 312 Cedar Rd Chesapeake, VA 23322

**The Court Alan P. Krasnoff Chesapeake Circuit Court**
307 Albemarle Drive
Chesapeake, VA 23322

**Fernando Galindo Eastern District Court** of Virginia
600 Granby Street
Norfolk, VA 23510

This DEMAND is grounded in the principles established by Marbury v. Madison, which emphasize the crucial role of judicial oversight in maintaining governmental transparency and accountability. The ongoing disregard for these principles threatens the foundational legal frameworks intended to protect the rights and liberties of our citizens, especially as we approach the pivotal 2024 Presidential Election AND IN LIGHT OF THE SUPER TUESDAY FAILURES.
**Immediate Actions Required: WRIT OF QUO WARRANTO**
Re: Freedom of Information Act Demand
It is imperative to resolve issues of credibility and intent behind the use of taxpayer dollars and resources in facilitating these actions, especially in relation to TRANSACTION # 23082500040 and the Court-Ordered Writ of Mandamus, by Clerk of the Courts, FIDUCIARIES, 22VAC30-100-15 mandated reporters, and Constitutional Officers, in demonstrating their unwavering commitment to the law and to their constituents they serve, particularly in the lead-up to the November 2024 presidential elections and the unanswered questions to the sworn Oaths and Virginia Employee Code of Ethics taken after Super Tuesday's Elections **(See notarized affidavit dated March 4th, 2024)** in certification of the Electoral Board.

**RELIEF SOUGHT: WITHIN 3 DAYS OF THE DATE OF THIS WRIT OF QUO WARRANTO** Adherence to THE PARENTORY NORM INTERNATIONAL LAWS and ERGA OMNES OBLIGATIONS: The case's proceedings must reflect the foundational principles of PARENTORY NORM INTERNATIONAL LAWS and ERGA OMNES OBLIGATIONS, honoring the inherent rights and dignity afforded to every individual, and ensuring equitable treatment under GOD'S KINDOM.

Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction:
Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

OMB Control Number 1610-0001                                                                                           A SECURITY (15 USC)

LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY

**WRIT OF QUO WARRANTO**

La Terrence D. Kelley
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity



Compliance with Treaties, Virginia Charters, and International Agreements: It is imperative that actions taken align with established treaties, the principles set forth in Virginia charters, and relevant international agreements, particularly those addressing "Breach of the Peace" and ensuring "Ubi jus ibi remedium" – where there is a right, there must be a remedy.

1) Response to each and every specific Allegations: Self-authenticating evidence under Federal Rules of Evidence 902(6), and Authenticity and Credibility: Notarized affidavits are self-authenticating under Federal Rule of Evidence 902(8), which should have streamlined their acceptance in court as legitimate evidence without further validation, highlighting the recognized nature of their misconduct.

    The petitioner has raised several significant allegations, including unlawful actions by the Clerk of the Courts, FIDUCIARIES, 22VAC30-100-15 mandated reporters, Constitutional Officers, and elected officials in demonstrating unwavering commitment to the law and to the constituents they serve, particularly in the lead-up to the SUPER TUESDAY ELECTIONS, and other legal provisions outlined in previous communications. In light of these serious claims, I request a detailed response addressing each specific allegation, in each Notarized Affidavit as per ROSEBORO NOTICE.

2) Demand all records be produced IAW Rule 901 – Authenticating or Identifying Evidence and make the REQUIRED MANDATORY JUDICIAL NOTICE OF JUDICATIVE COGNIZANCE PURSUANT TO RULES OF EVIDENCE 1. RULE ER 201, 302, 603. 608, 703, 901 and 1002 that demonstrates that the Agency has Authority, the proper credentials and did not fail in their ethical and legal obligations to mitigate damages, injuries or loss of credibility, reputation, consumer confidence and integrity, economic or otherwise to the petitioner La Terrence D. Kelley; And to mitigate damages, injuries or loss of credibility, reputation, consumer confidence and integrity, economic or otherwise to all persons that filed a complaint and or complaints through the offices named above, that are required to be notified and their cases subjected to a judicial review and or re-trial; And to mitigate damages, injuries or loss of credibility, reputation, consumer confidence and integrity, economic or otherwise to the 20+ million disenfranchised veterans and servicemembers.

3) Identify all material issues of fact and law, summarize the evidence, resolve issues of credibility with the Statutory Construction and Interpretation of PARENTORY NORM INTERNATIONAL LAWS and ERGA OMNES OBLIGATIONS: and but not limited to the failures of legal and ethical obligations and unlawful actions, as memorialized in self-authenticating evidence under Federal Rules of Evidence 902(6), and Authenticity and Credibility: Notarized affidavits are self-authenticating under Federal Rule of Evidence 902(8), which should have streamlined their acceptance in court as legitimate evidence without further validation, highlighting the recognized nature of their misconduct, in the Petitioners claims in association with TRANSACTION # 23082500040 RECEIPT #23000011316 COURT ORDERED WRIT OF MANDAMUS WM-049 Transaction # 23082500040 Receipt #23000011316 formal notice Case No. 550CL2300541700

4) Identify all decision maker's conclusions of the Statutory Construction and Interpretation of law and their records of legal reasoning and analysis, as well as the authorities on which that reasoning rests, summarize the evidence, and resolve Agency issues of credibility in regards to the evidence, witnesses, charge(s), claim(s) and instrument(s) for violation(s) of all charge(s), claim(s) instruments and laws of the PARENTORY NORM INTERNATIONAL LAWS and ERGA OMNES OBLIGATIONS: that demonstrates that the Agency Redress Systems and those of this Honorable Court mentioned here and or found in discovery; that demonstrates that the Agency Redress Systems and those of this Honorable Court,

**Ramifications of Non-compliance:**

- Failure to reaffirm the oath of office and produce required disclosures will have legal and reputational consequences and will call into question the legitimacy of the officers' actions and decisions made while in office, potentially leading to challenges or investigations.

- Internationally, such non-compliance could undermine trust in the integrity of governance and adherence to legal and ethical standards, affecting diplomatic relations and the perception of the jurisdiction's commitment to Peace, International Law and Justice https://www.un.org/en/global-issues/international-law-and-justice , Natural law, treaties and International Agreements between sovereign states (or between states and international organizations) governed by international law(s).

Any submission shall be produced with the details showing the originator details and author and creation date, and all true and accurate depictions of those documents'

Given the seriousness of these transgressions, the petitioner demands the notarized resignations from each FIDUCIARIES, 22VAC30-100-15 mandated reporters, and or Constitutional Officers that fails to produce said legal documents as named in correspondence as it relates to or in association with TRANSACTION # 23082500040 RECEIPT #23000011316 COURT ORDERED WRIT OF MANDAMUS WM-049 Transaction # 23082500040 Receipt #23000011316 formal notice Case No. 550CL2300541700.

1. Referring the matter to relevant disciplinary authorities or oversight bodies for further investigation and action, as warranted by the severity of the offense in light of all known revelations, and due to the lack of accountability thus far, it is imperative and demanded that any future attempts at the representation of the Coast Guard by the DOJ and the Eastern District Court of Virginia be dismissed with prejudice or Referring the matter to a competent international tribunal for violations of Article 27. Violation of Treaty Obligations, to which the Petitioner will decide the competent international tribunal to which the case to be adjudicated and investigated.

    A. Fourth Amendment of the U.S. Constitution:
    B. Civil Asset Forfeiture Laws:
    C. Federal RICO Act (Racketeer Influenced and Corrupt Organizations Act):
    D. Court Orders and Injunctions:

Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction:
Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

OMB Control Number 1610-0001      A SECURITY (15 USC)

LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY
**WRIT OF QUO WARRANTO**

La Terrence D. Kelley
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity


VETERANS BACKING VETERANS

**KEY CONCERNS AND REQUESTS:** Business Concept, practices and the legal reasoning that is supported by the laws of the Virginia Charters, of Natural Law, **treaties and or International Agreements between sovereign states**, that the Petitioner, the Citizens of Chesapeake, and those residing in the Republic of Virginia, and or the Courts might otherwise not be familiar with, that lawfully allows for a **U.S. ATTORNEY ABER**, who was nominated by President Joseph R. Biden, Jr. Ms. Jessica D. Aber jessica.d.aber@usdoj.gov Chief of the Asset Recovery Unit and Mr. 'Shean, Daniel (USAVAE)' Daniel.Shean@usdoj.gov Offices located at 101 West Main Street, Norfolk, VA 23510 suite 8000, and 2100 Jameison Avenue, Alexandria VA 22314, in their attempted removal of Case No. 550CL2300541700 to the United States District Court of the Eastern District of Virginia, under the purview of The Honorable Jamar Walker, in their defense of ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY, to which she also served as a law clerk for then-Magistrate Judge M. Hannah Lauck on the United States District Court for the Eastern District of Virginia from 2006 to 2007. https://www.judiciary.senate.gov/imo/media/doc/VAE%20-%20Aber%20Senate%20Judiciary%20Comm%20Ques%20(public).pdf

**LEGAL / JUDICIAL REDRESS SYSTEMS**

1. **Explicit Role Explanation:** Please elucidate the specific legal grounds and procedural justification for Ms. Jessica D. Aber's active role in my case, particularly given her significant federal responsibilities and potential overlapping interests.

2. **Legal Joinder Validation:** I respectfully request concrete proof or rationale supporting Ms. Aber's involvement, ensuring adherence to judicial standards, and avoiding any prejudicial treatment.

3. **Comprehensive Conflict Assessment:** The overlap between Ms. Aber's duties and the actions by the Treasury and DHS has introduced potential bias. An in-depth review and transparent communication regarding conflict-of-interest evaluations and resolutions are crucial.


VAE - Aber Senate Judiciary Comm Ques (public) (1)

4. **Ensured Reasonable Accommodations:** Given these complexities, I advocate for adjustments ensuring my full and fair participation in the legal process. This includes clear, accessible communication and equitable scheduling, among others deemed necessary for procedural fairness.

The Consumer Protection Branch prosecutors have relied, with great success, on several criminal statutes that carry robust penalties in addressing theft of veterans benefits and schemes to defraud service members. These statutes include mail or wire fraud,[1] theft of government funds,[2] aggravated identity theft,[3] access device fraud,[4] and computer fraud,[5] among a host of others. [1]18 U.S.C. §§ 1341, 1343. [2]18 U.S.C. § 641. [3]18 U.S.C. § 1029A. [4]18 U.S.C. § 1029. [5]18 U.S.C. §1030.



**RELIEF SOUGHT: IMPOSING SANCTIONS FOR CRIMES ON HUMANITY** on the 20 million Veterans and Servicemembers, that may have been injured or damaged by the cities of Chesapeake and Norfolk, and or by the Department of Justice, and the Department of Homeland Security, and impose severe penalties on the defense, as determined by the people, including fines or other punitive measures, to deter future misconduct and ensure compliance with court orders and legal requirements.

1) A declaration by order of Publication that every individual within the territorial jurisdiction of the Republic of Virginia is entitled to the internationally recognized human rights enshrined in the Universal Declaration of Human Rights; the International Covenant on Civil and Political Rights; the Body of Principles for the protection of all persons under any form of detention or imprisonment; and the European Convention on Human Rights and or African Charter on Human and Peoples' Rights.

2) A declaration by order of Publication that the Public Servants of the Sovereign Nation of Virgina has an obligation to respect, protect and fulfil within the territorial jurisdiction of the Republic of Virginia the internationally recognized human rights of every individual enshrined in the Universal Declaration of Human Rights; the International Covenant on Civil and Political Rights; the Body of Principles for the protection of all persons under any form of detention or imprisonment and the International human rights instruments are the treaties and other international texts that serve as legal sources for international human rights law and the protection of human rights in general.[1]

3) A declaration by order of Publication announcing each person(s) who violated the Applicant's rights to fair hearing and administrative justice, enshrined in Article 10 of the Universal Declaration of Human Rights; Articles 5(2); and 14(1) of the International Covenant on Civil and Political Rights; and Article 7(1)(a) of the African Charter on Human and Peoples' Rights, the European Convention on Human Rights and or African Charter on Human and Peoples' Rights.

Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction:
Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

**OMB Control Number 1610-0001**          **A SECURITY (15 USC)**

LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY
**WRIT OF QUO WARRANTO**

La Terrence D. Kelley
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity


VETERANS BACKING VETERANS

**RELIEF SOUGHT: IMPOSING SANCTIONS FOR CRIMES ON HUMANITY** on the 20 million Veterans and Servicemembers, that may have been injured or damaged by the cities of Chesapeake and Norfolk, and or by the Department of Justice, and the Department of Homeland Security, and impose severe penalties on the defense, as determined by the people, including fines or other punitive measures, to deter future misconduct and ensure compliance with court orders and legal requirements.

4) A declaration by order of Publication announcing each person(s) who violated the Applicant's rights to equality before the law and freedom from discrimination enshrined in Articles 2 and 7 of the Universal Declaration of Human Rights; Articles 2; 14(1); and 26 of the International Covenant on Civil and Political Rights; and Articles 2 and 3 of the African Charter on Human and Peoples' Rights, the European Convention on Human Rights and or African Charter on Human and Peoples' Rights.

5) A declaration by order of Publication announcing each person(s) that has violated the Applicant's rights to freedom of movement enshrined in Article 13 of the Universal Declaration of Human Rights; Article 11 of the International Covenant on Civil and Political Rights; and Article 12 of the African Charter on Human and Peoples' Rights.

6) An order directed at **THE AGENT(s) AND THE PRINCIPAL(s)** and to the Fiduciaries, 22vac30-100-15. Mandated Reporters, Constitutional Officers, City Employees and Elected officials, otherwise known as public servants, who are personally liable under: 42 U.S. Code § 1983 - Civil action for deprivation of rights, to include but not limited to under the color of law - included, and as mentioned in this email and in Notarized Affidavits and or having knowledge of or have participated in any unlawful actions in regard to WM-049 Transaction # 23082500040 Receipt #23000011316 Formal Notice Case No. 550CL2300541700, failure to cure, failure to provide Surety Bond Requirements, Upholding Justice and Transparency ahead of the **TUESDAY ELECTIONS**, and other legal provisions outlined in previous communications. In light of these serious claims of "BREACH OF THE PEACE", to pay compensatory damages of the amount due, shown in Notarized Affidavits of the equivalent sum of Fifty-Seven Million United States dollars (USD 57.000.000.00) to the applicant who is a victim of human rights violations and other crimes as described in the petitioner's affidavits, to which the defense was Acquiescence in answering to the violations of Customary International Laws.

7) Costs including legal fees on a full indemnity basis.

8) Any other order(s) or direction(s) as the Court deems appropriate for giving effect to or enabling effect to be given to the declarations made herein.

9) **Utilization for Writ of Execution:** The self-authenticated Writ of Mandamus evidence under Rule 2:902 is enough to grant the petitioner's request for the issuance of a writ of execution. This legal document would direct law enforcement, particularly the sheriff's office, to enforce judgments against the implicated parties, ensuring the petitioner and affected citizens are made whole.

10) **National Security Letters (NSLs)** Comprehensive Accountability and Legal Redress: Implement stringent accountability measures, ensuring that all entities and individuals complicit in perpetuating these injustices face appropriate disciplinary and legal actions. The application of National Security Letters (NSLs) and the rigorous enforcement of legal statutes under Chapter 18 should be pursued without reservation, upholding the principles of justice and accountability.

11) **LEGAL MAXIM IS UBI JUS IBI REMEDIUM:** Hold the City of Chesapeake, Commonwealth of Virginia, Treasury, DHS and DOJ accountable- Ensuring 9VAC25-650-100. Surety bond in the swift and equitable redress and immediate release of all known and unkown assest, monies, land, bonds, property-through siezure or otherwise for **La Terrence D. Kelley D18834995**, addressing his grievances within the broader context of systemic reforms needed to protect the rights and dignities of all veterans and service members, along with their families.

Search and Seizures of all evidence and property as name in the spoilation notice, and Seizure all assets, equity, property, resources, and the freezing of all lines of accounting (LOA) from those institutions named, whether directly or indirectly involved with unlawful activity, including the Offices in the cities and State of Virginia and those officials under the purview of the Virginia General Assembly, due to multiple failures by city officials confirming, authenticating, and verifying their commitment to the legal and ethical obligations of their position, duties and responsibilities, organization and to the international agreements, International Law and Justice https://www.un.org/en/global-issues/international-law-and-justice , Natural law, treaties and International Agreements between sovereign states (or between states and international organizations) governed by international law(s) and or in accordance with the laws of the Commonwealth Virginia, Virginia Charters and or the Republic of Virginia, before the SUPER TUESDAY ELECTIONS and or the 2024 Presidential Elections, until **LEGAL MAXIM IS UBI JUS IBI REMEDIUM** is satisfied.

**REQUESTING THE IMMEDIATE RESIGNATION AND OR ARREST** of any FIDUCIARIES, 22VAC30-100-15 mandated reporters, Constitutional Officers and or Elected Official that fails, and or has failed to produce said legal documents and confirming, authenticating, and verifying their commitment to the legal and ethical obligations of their position, duties and responsibilities, organization and to the international agreements, International Law and Justice https://www.un.org/en/global-issues/international-law-and-justice , Natural law, treaties and International Agreements between sovereign states (or between states and international organizations) governed by international law(s) and or in accordance with the laws of the Commonwealth of Virginia, Virginia Charters and or the Republic of Virginia, before the **SUPER TUESDAY ELECTIONS and or the 2024 Presidential Elections.**

Requesting the immediate resignation and or arrest of any The ESS Employees which includes geographically distributed facilities and equipment in both paid and volunteer capacities organized primarily at the federal, state, local, tribal, and territorial levels of government, such as city police departments and fire stations, county sheriff's offices, Department of Defense police and fire departments, and town public works departments. The ESS also includes private sector resources, such as industrial fire departments, private security organizations, and private emergency medical services providers that fails, and or has failed to produce said legal documents and confirming, authenticating, and verifying their commitment to the legal and ethical obligations of their position, duties and responsibilities, organization and to the international agreements, International Law and Justice https://www.un.org/en/global-issues/international-law-and-justice , Natural law, treaties and International Agreements between sovereign states (or between states and international organizations) governed by

---

Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction:
Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

**OMB Control Number 1610-0001**  **A SECURITY (15 USC)**

LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY
**WRIT OF QUO WARRANTO**

La Terrence D. Kelley
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity



international law(s) and or in accordance with the laws of the Virginia, Virginia Charters and or the Republic of Virginia, before the **SUPER TUESDAY ELECTIONS** and or the **2024 Presidential Elections**.

Initiate proceedings for the disbarment, ouster or expulsion of the defense attorneys and judges from the legal profession based on their **failure to uphold ethical and legal standards, judicial canons, and protect the integrity and credibility of the judicial system** and demonstrate and exhibit competence in the representation of their Office and or position, their clients, and the public trust to the community.

**Real time Comparison** - AG takes over prosecutor's office, top official resigns amid misconduct probes.
AG takes over prosecutor's office, top official resigns amid misconduct probe - nj.com

**Real time Comparison** - Little Rock (KATV) — On Thursday, the Arkansas Judicial Discipline & Disability Commission (JDDC) announced that Seventh Judicial Circuit Judge Chris Williams is resigning. His resignation is effective Mar. 30, 2024, and will see him removed from the office.
https://wjbc.com/249565/madison-county-judge-charged-with-4-counts-of-judicial-misconduct/

**Real time Comparison** - Corrupt Orange County IDA Officials Ordered to Repay Over $1 Million
Comptroller DiNapoli and District Attorney Hoovler Release Report Examining Corruption and Negligence at the IDA
https://www.osc.ny.gov/press/releases/2021/09/corrupt-orange-county-ida-officials-ordered-repay-over-1-million

Referring the matter to relevant disciplinary authorities or oversight bodies for further investigation and action, as warranted by the severity of the offense in light of all known revelations, and due to the lack of accountability thus far, it is imperative and demanded that any future attempts at the representation of the Coast Guard by the DOJ and the Eastern District Court of Virginia be dismissed with prejudice or Referring the matter to a competent international tribunal for violations of Article 27. Violation of Treaty Obligations, to which the Petitioner will decide the competent international tribunal to which the case to be adjudicated and investigated.
Systemic Legal and Ethical Rectification: A rigorous, transparent investigation into the systemic failings identified, ensuring all involved parties and entities are held to account and that the rule of law is upheld, directly impacting the broader veteran and service member community.

Comprehensive CGIS and Institutional Accountability: A detailed examination and overhaul of the CGIS and related institutions to address failures in preventing, investigating, and resolving incidents of misconduct. Such actions directly influence the trust and safety of our veterans, service members, and their families.

Enhanced Protections for Veterans and Service Members: Recognize and actively address the far-reaching consequences of institutional failures on the safety, well-being, and access to justice for veterans, service members, and their families, ensuring initiatives like the EEOC, MSPB, Safe-to-Report Act and Servicemembers and Veterans Initatives by the DHS, DOJ, and the employment and legal redress systems are in fact credible, and as advertised and marketed to consumers, considering all known above.

National Commitment to Military Families: Advocate for systemic reforms and enact measures that reflect a national commitment to the welfare and justice for all military families, honoring their sacrifices by ensuring a responsive, fair, and equitable legal system.

Prompt Federal and State-Level Independent Investigation: An exhaustive and impartial investigation into the reported unethical practices and systemic injustices must be initiated immediately. This investigation should be spearheaded by a body independent of the implicated entities to ensure objectivity and credibility, aiming to unearth the truth and instigate necessary legal and ethical rectification.

Declaration of State of Emergency: I urge the body sovereign to of the Republic of Virginia to Petition Lieutenant Governor, Winsome Earle-Sears or elected officials of the Virginia Beach Circuit Court 2nd Judicial Circuit of Virginia Clerk of the Court the Honorable Tina E. Sinnen
email: TSinnen@vacourts.gov, Director, Internal Affairs Division, Federal Trade Commission, Financial Crimes Enforcement Network and Judicial Inquiry and Review Commissionto employ your authoritative influence to implore the Governor of Virginia to declare a State of Emergency. This critical measure is warranted to address the magnitude of the crisis at hand, facilitating rapid and effective responses to rectify the ongoing injustices faced by our veterans and service members.

Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction:
Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

OMB Control Number 1610-0001                                                                                          A SECURITY (15 USC)

LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY
**WRIT OF QUO WARRANTO**

La Terrence D. Kelley
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity


VETERANS BACKING VETERANS

Immediate Support and Advocacy for Affected Veterans: Establish and enact robust support systems for the veterans and service members adversely impacted by these failures. These systems must provide holistic assistance, encompassing legal, financial, and psychological support to ensure comprehensive redress and rehabilitation.

1. **Motion to Compel Compliance**
    A. Purpose: This motion asks the court to enforce its previous order (in this case, the Writ of Mandamus), compelling the defendant or respondent to perform the mandated action.
    B. Basis: Typically used when a party has not complied with a specific court order, and there's a need to prompt action.
    C. Outcome: If granted, the court will issue an order that explicitly requires the defendant to comply by a set deadline or face penalties such as fines or other sanctions.

2. **Motion for Contempt**
    A. Purpose: To charge the non-compliant party with contempt of court for failing to obey the court's orders. This can be civil (to compel action) or criminal (to punish non-compliance).
    B. Process: The motion must outline the ways in which the opposing party has failed to comply with the court order, showing willful disobedience.
    C. Outcome: Successful motions can lead to penalties including fines, jail time (for criminal contempt), or other measures designed to enforce compliance.

3. **Motion for Sanctions**
    A. Purpose: Seeks to penalize the other party for non-compliance or for failing to act in good faith.
    B. Legal Framework: Under rules like Federal Rule of Civil Procedure 11 or equivalent state rules, which penalize parties for misconduct including failure to follow court orders.
    C. Outcome: Can result in various penalties against the non-compliant party, including fines or an order to pay the moving party's attorney fees.

4. **Motion for Show Cause**
    A. Purpose: Requests the court to order the non-compliant party to appear and explain why they have not followed the court's order.
    B. Process: The court issues a show cause order, and the non-compliant party must appear in court to provide a reason for their non-compliance.
    C. Outcome: Depending on the explanation and the court's decision, further actions may be prescribed to ensure compliance.

5. **Motion to Enforce Settlement**
    A. Purpose: Used if the Writ of Mandamus was part of a settlement agreement that the other party is now violating.
    B. Basis: Enforces the terms of a settlement legally bound by court order or agreement.
    C. Outcome: The court can enforce the settlement terms, adjusting the obligations or imposing penalties for non-compliance.

6. **Motion for Judicial Supervision**
    A. Purpose: Requests ongoing judicial oversight to ensure that the terms of the court order are implemented properly over time.
    B. Use Case: Useful in complex cases where compliance requires continuous actions or oversight.
    C. Outcome: Establishes a framework for regular reporting to the court and potential judicial intervention if compliance fails.

7. **Emergency Motion for Enforcement**
    A. Purpose: Used in urgent situations where immediate action is required to prevent irreparable harm or to address issues that require swift resolution.
    B. Process: This motion prioritizes the court's attention and expedites its handling.
    C. Outcome: Aimed at getting an immediate court order to enforce compliance or address urgent matters.

RE: EEOC Form 5, Charge of Discrimination under EEOC Form 5, Charge of Discrimination and retaliation under The District of Columbia Human Right...



Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction:
Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

OMB Control Number 1610-0001                                                                                           A SECURITY (15 USC)

LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY
## WRIT OF QUO WARRANTO

La Terrence D. Kelley
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity



Critical Points of Action and Review:
§ 63.2-1603. Protection of adults; definitions.

1. **Financial Exploitation of Vulnerable Adults (Virginia Code § 18.2-178.1):** This statute likely defines and penalizes the financial exploitation of vulnerable adults, which can include disabled veterans. The law typically makes it illegal for anyone who knows or should know that a person is a vulnerable adult to exploit them financially.
2. **Adult Protective Services (Virginia Code § 63.2-1606):** This code outlines the responsibilities of Adult Protective Services, including the protection of aged or incapacitated adults from abuse, neglect, or exploitation. Disabled veterans falling into these categories would be protected under this statute.
3. **Abuse and Neglect of Vulnerable Adults (Virginia Code § 18.2-369):** This statute defines the abuse and neglect of vulnerable adults, setting forth penalties for violations. It aims to protect individuals who cannot protect themselves due to physical or mental impairments.

   1) Writ of Execution for Compliance Enforcement: Immediate action is required under Virginia Code §§ 8.01-466 et seq. to enforce the Writ of Mandamus, ensuring defendant compliance with judicial orders. This is essential to uphold the rule of law and the principles enshrined in our legal system.

   2) Surety Bond Compliance and Verification: In accordance with Virginia Code § 38.2-2200, there is an urgent need to validate surety bond adherence, safeguarding my financial and legal rights. This action is pivotal to maintaining trust in the judicial process and ensuring accountability.

   3) Rectification by Chesapeake Clerk's Office: Prompt correction of procedural missteps is needed, as mandated by Virginia Code §§ 8.01-296 and 8.01-327, to restore procedural integrity and ensure the lawful service of documents and judicial notifications.

   4) Judicial Review Concerning DOJ Misconduct: Allegations against DOJ personnel, notably Mr. Daniel Shean, highlight a severe breach of trust. A thorough and transparent judicial review is indispensable to address potential abuses of power and restore public confidence in our legal institutions.

   5) Adherence to THE PARENTORY NORM INTERNATIONAL LAWS and ERGA OMNES OBLIGATIONS: The case's proceedings must reflect the foundational principles of PARENTORY NORM INTERNATIONAL LAWS and ERGA OMNES OBLIGATIONS, honoring the inherent rights and dignity afforded to every individual, and ensuring equitable treatment under GOD'S KINDOM.

   6) Compliance with Treaties, Virginia Charters, and International Agreements: It is imperative that actions taken align with established treaties, the principles set forth in Virginia charters, and relevant international agreements, particularly those addressing "Breach of the Peace" and ensuring "Ubi jus ibi remedium" – where there is a right, there must be a remedy.

The neglect and disregard for these critical legal standards and ethical obligations represent a direct violation of the principles intended to safeguard our SOVEREIGN NATION AND SOCIETY and ensure justice for its members, particularly those who have served our nation.

I demand an exhaustive and transparent response outlining the measures the Virginia Beach Circuit Court and the Virginia General Assembly will implement to rectify these pressing issues, ensuring compliance with all relevant legal standards and restoring the principles of justice and equity.

Please confirm receipt of this communication and inform me of the measures you will take to address this grave issue. Your prompt and decisive response is imperative to restoring public confidence in our judicial system.

Thank you for your immediate attention to this pressing matter. Notarized Affidavits have been sent to the Judicial Inquiry and Review Commission as seen here: Without Prejudice. UCC 1-308 I Am La Terrence D Kelley D18834995, Former USCG Employee Under Agency Position Number 000041854 Cestui Que Vie, A Natural Being in Full Life, Propria Persona Pro Se, Sworn Under Oath, And Submit This Page in Good Faith as A True and Accurate Depiction: **Legal Maxim Is Ubi Jus Ibi Remedium**

*Notice: "and to the republic for which it stands" let this serve as notice to the defense, witnesses and FIDUCIARIES, 22VAC30-100-15 mandated reporters, and Constitutional Officers, as a poignant reminder of the solemn responsibility entrusted to all citizens and public officials to safeguard the integrity of the republic. Anchoring the collective commitment to upholding the principles and values upon which the nation was founded preserving the sanctity of elections, ensuring transparency in governance, and upholding the international agreements, International Law and Justice https://www.un.org/en/global-issues/international-law-and-justice , Natural law, treaties and International Agreements between sovereign states (or between states and international organizations) governed by international law(s) and or in accordance with the laws of the Virginia, Virginia Charters and or the Republic of Virginia.*

*All of the above in the presence of a notary public. All evidence, records and testimony submitted by for submission be produced with the details showing the originator details and author and creation date, and all true and accurate depictions of those documents' details of that page, be in full view for each document submitted.*

OMB Control Number 1610-0001          A SECURITY (15 USC)

LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY
**WRIT OF QUO WARRANTO**

La Terrence D. Kelley
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

NOTICE TO THE AGENT AND THE PRINCIPAL
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity





| Property | Value |
|---|---|
| File Name | Virginia Charters_Chesapeake.pdf |
| Type | Microsoft Edge PDF Document |

The affidavit **MUST** include a jurat, which is a notarial statement that typically begins with language like "Sworn and subscribed before me..." followed by the notary's signature, seal, and the date **AND MUST ATTEST TO THE TRUTHFULNESS AND ACCURACY OF ALL STATEMENTS MADE IN THE AFFIDAVIT, OR ANY RECORDS,** TESTIMONY AND EVIDENCE SUBMITTED AS IT RELATES TO THE PETITIONER LA TERRENCE D KELLEY, FORMER USCG EMPLOYEE UNDER AGENCY POSITION NUMBER 000041854. THIS IS PARTICULARLY CRUCIAL IN THE LEAD-UP TO THE 2024 PRESIDENTIAL ELECTIONS, AS PUBLIC CONFIDENCE IN THE ELECTORAL PROCESS AND THE LEGITIMACY OF ELECTED OFFICIALS IS PARAMOUNT FOR CREDIBILITY, INTEGRITY, AND TRANSPARENCY.

*I hereby certify that, on Thursday, April 18, 2024, I sent Letter to discuss the following **WRIT OF QUO WARRANTO, DELAY, LACHES, AND ACQUIESCENCE**, Confirm or Deny The FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS commitment to upholding their legal and ethical obligations of their Oath of Office and Law, to the Citizens and Community of Hampton Roads Virginia, **INSPECT GOVERNMENTAL RECORDS and all mentioned above and or related to TRANSACTION # 23082500040 RECEIPT #23000011316 COURT ORDERED WRIT OF MANDAMUS WM-049 Transaction # 23082500040 Receipt #23000011316 formal notice Case No. 550CL2300541700:** to the FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS included in this email and affidavits, who are located at and the FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS named above;*

*And to the FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS that are located at 300 East Main Street Towers, Norfolk VA 23510 and The Coast Guard's Legal Team and Counsel Offices located at 101 West Main Street, Norfolk, VA 23510 suite 8000, and 2100 Jameison Avenue, Alexandria VA 22314 and Jerald Travis Badge #3281, POI: Andy, POI: Sean and POI: US DEPUTY MARSHALL BUTT DIAL from U.S. Marshal's Office for the Eastern District of Virginia, and Eastern District Court of Virginia 600 Granby Street, and is hereby notified and warned that: Any such response must be filed within three(3) days of the date of this letter on which the letter was sent. This letter was sent on Thursday, April 18, 2024.*

*ROSEBORO NOTICE Pursuant to the requirements of Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975),
In any response that FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS files, The FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS must identify all facts stated by the Petitioner with which FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS disagree and must set forth FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS's lawful and true and accurate version(s) of the facts by offering affidavits (written statements signed before a notary public and under oath) and submitted IAW Office Of Authentication as previously sent to all parties.*

Yours sincerely,

Sincerely: La Terrence D. Kelley

The One Stop Shop for Veterans and Servicemembers after their Call of Duty.

**CC: Stakeholders**
**Lieutenant Governor, Winsome Earle-Sears**
Governor Governor's Glenn Youngkin, Commonwealth of Virginia
Representative Jen Kiggans, Virginia's 2nd Congressional District
Jason S. Miyares, Attorney General of Virginia
Lina M. Khan, Chair, Federal Trade Commission
Director, Financial Crimes Enforcement Network
Judicial Inquiry and Review Commission
General Counsel, Administrative Office of the U.S. Courts
[Local Department of Veterans Affairs Representative]
[Veteran Advocacy Organizations 400+] Congressional Bills on Racial Equity

**VIRGINIA NOTARIAL CERTIFICATE
(JURAT)**

Commonwealth of Virginia
County of Chesapeake
The foregoing instrument was subscribed and sworn before me this 18 day of April, 2024 by [Name of Affiant] La Terrance D. Kelley

Seal

DIANA MINTON
Notary Public
Commonwealth of Virginia
Registration No. 322694
My Commission Expires Feb 28, 2026

[Signature of Person Taking Acknowledgement]
Notary [Title or Rank]
322694 [Serial Number, if any]

Notary's Registration Number 322694

Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction:
Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.