OMB Control Number 1610-0001                                                            A SECURITY (15 USC)

LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY

**Date:** Monday, April 22, 2024                              Case No.  550CL2300541700

**IMPORTANT NOTICE**

THIS INSTRUMENT CONTAINS A CONFESSION OF JUDGMENT PROVISION WHICH CONSTITUTES A WAIVER OF IMPORTANT RIGHTS
YOU MAY HAVE AS A DEBTOR AND ALLOWS THE CREDITOR TO OBTAIN A JUDGMENT AGAINST YOU WITHOUT ANY FURTHER NOTICE.

REQUIRED MANDATORY JUDICIAL NOTICE OF JUDICATIVE COGNIZANCE PURSUANT TO RULES OF EVIDENCE 1. RULE ER 201, 302, 603.
608, 703, 901 and 1002

LEGAL MAXIM IS UBI JUS IBI REMEDIUM ("WHERE THERE IS A RIGHT THERE MUST BE A REMEDY").[6]



## GOVERNMENT TRANSPARENCY AND ACCOUNTABILITY: Marbury v. Madison (1803) | Judicial Review

How many of the approximately **70+ Public Servants** as named above, Mandated Reported any unlawful activity to the Judicial Branch Agencies to include but not
limited to the Standing Committee on Lawyer Discipline (COLD), Judicial Inquiry and Review Commission, law enforcement, NLRB, and or Stakeholders IAW
your ethical and legal obligations?

Article 4. Division of Human Rights.

§ 2.2-520. Office of Civil Rights created; duties.

A. It is the policy of the Commonwealth of Virginia to provide for equal opportunities throughout the
Commonwealth to all its citizens, regardless of race, color, religion, national origin, sex, pregnancy,
childbirth or related medical conditions, age, sexual orientation, gender identity, disability, familial
status, marital status, or status as a veteran and, to that end, to prohibit discriminatory practices with
respect to employment, places of public accommodation, including educational institutions, and real
estate transactions by any person or group of persons, including state and local law-enforcement
agencies, in order that the peace, health, safety, prosperity, and general welfare of all the inhabitants
of the Commonwealth be protected and ensured.



AUTHORITY: GOVERNMENT TRANSPARENCY AND ACCOUNTABILITY: Marbury v. Madison (1803) |

B. To carry out this policy, there is created in the Department of Law an Office of Civil Rights (the
Office) to assist in the prevention of and relief from alleged unlawful discriminatory practices. The
Office exists to investigate and bring actions to combat discrimination based on the protected classes listed in subsection A.

C. The powers and duties of the Office shall be to:

1. Receive, investigate, seek to conciliate, refer to another agency, hold hearings pursuant to the Virginia Administrative Process Act (§ 2.2-4000 et seq.), and make
findings and recommendations upon complaints alleging unlawful discriminatory practices, including complaints alleging a pattern and practice of unlawful
discriminatory practices, pursuant to the Virginia Human Rights Act (§ 2.2-3900 et seq.);

2. Adopt, promulgate, amend, and rescind regulations consistent with this article and the provisions of the Virginia Human Rights Act (§ 2.2-3900 et seq.) pursuant to
the Virginia Administrative Process Act (§ 2.2-4000 et seq.). However, the Office shall not have the authority to adopt regulations on a substantive matter when another
state agency is authorized to adopt such regulations;

3. Inquire into incidents that may constitute unlawful acts of discrimination or unfounded charges of unlawful discrimination under state or federal law and take such
action within the Office's authority designed to prevent such acts;

4. Seek through appropriate enforcement authorities, prevention of or relief from an alleged unlawful discriminatory practice;

5. Appoint and compensate qualified hearing officers from the list of hearing officers maintained by the Executive Secretary of the Supreme Court of Virginia;

6. Promote creation of local commissions to aid in effectuating the policies of this article and to enter into cooperative worksharing or other agreements with federal
agencies or local commissions, including the deferral of complaints of discrimination to federal agencies or local commissions;

7. Make studies and appoint advisory councils to effectuate the purposes and policies of the article and to make the results thereof available to the public;

8. Accept public grants or private gifts, bequests, or other payments, as appropriate;

9. Receive complaints, seek to conciliate, and inquire into incidents that may constitute an unlawful pattern or practice of conduct by law-enforcement officers that
deprives persons of rights, privileges, or immunities secured or protected by the laws of the United States and the Commonwealth and take such action within the
Office's authority, including requesting the Attorney General to issue a civil investigative demand pursuant to subsection D of § 2.2-511.1, designed to prevent such
conduct; and

10. Furnish technical assistance upon request of persons subject to this article to further comply with the article or an order issued thereunder.

1987, c. 581, § 2.1-720; 2001, c. 844, § 2.2-2634; 2004, c. 58; 2012, cc. 803, 835; 2020, c. 1140; 2020, Sp. Sess. I, cc. 18, 19; 2021, Sp. Sess. I, c. 196.

LA TERRENCE D. KELLEY v. **ALEJANDRO N. MAYORKAS** DEPARTMENT OF HOMELAND SECURITY

**Date:** Monday, April 22, 2024                                   Case No.  550CL2300541700

**IMPORTANT NOTICE**

**THIS INSTRUMENT CONTAINS A CONFESSION OF JUDGMENT PROVISION WHICH CONSTITUTES A WAIVER OF IMPORTANT RIGHTS YOU MAY HAVE AS A DEBTOR AND ALLOWS THE CREDITOR TO OBTAIN A JUDGMENT AGAINST YOU WITHOUT ANY FURTHER NOTICE.**

**REQUIRED MANDATORY JUDICIAL NOTICE OF JUDICATIVE COGNIZANCE PURSUANT TO RULES OF EVIDENCE 1. RULE ER 201, 302, 603. 608, 703, 901 and 1002**

**LEGAL MAXIM IS UBI JUS IBI REMEDIUM ("WHERE THERE IS A RIGHT THERE MUST BE A REMEDY").[6]**



**The (PAWS) Protection Board**
Patriots Advocating Women Students
Parents Animals Warriors Servicemembers

Mission: The (PAWS) Board for Veterans and Servicemembers Protection is dedicated to safeguarding the rights, well-being, and interests of veterans, servicemembers, and their families in Virginia. Our mission is to address systemic failures, uphold legal and ethical standards, and ensure accountability within key organizations and agencies.

Composition: Chairperson: Appointed by the Governor of Virginia and **Veterans Backing Veterans** responsible for leading the board and overseeing its activities.

1. Representatives from Key Organizations and Agencies to include but not limited to:

    a. Armed Forces Disciplinary Control Boards (AFDCB)
    b. National Labor Relations Board (NLRB)
    c. Department of Veterans Affairs
    d. Small Business Administration
2. Legal Experts: Individuals with expertise in veterans' rights and employment law.

3. Veterans and Servicemembers Advocates: Representatives from organizations dedicated to advocating for veterans and servicemembers.

4. Community Representatives: Individuals from diverse backgrounds who provide valuable perspectives on veterans' needs and challenges.

5. Military Women Advocates: Representatives specifically focused on addressing the concerns and needs of military women, including childcare, education, and family support services.

Responsibilities: Compliance Audits and Assessments: Conduct regular audits and assessments of legal proceedings and investigations involving veterans and service members to ensure compliance with legal and ethical standards.

1. Collaborative Dialogue: Facilitate constructive dialogue among key organizations and agencies to identify challenges and implement solutions that prioritize the rights and well-being of veterans, servicemembers, and their families.

2. Monitoring MOUs: Monitor and evaluate the effectiveness of Memoranda of Understanding (MOUs) between the NLRB and other federal agencies to strengthen enforcement efforts and uphold justice, fairness, and accountability.

3. Risk Mitigation: Identify potential risks within the legal system that may adversely affect veterans, servicemembers, and their families, and develop proactive strategies for mitigation.

4. Evaluations and Reports: Conduct comprehensive evaluations of legal processes and systems impacting veterans' rights and produce regular reports with recommendations for improvement.

5. Advocacy and Education: Advocate for veterans' rights within the legal system, raise awareness of legal protections available to veterans and servicemembers, and provide educational resources to promote empowerment and informed decision-making.

Conclusion: The PAWS Board for Veterans Backing Veterans on behalf of the 23+ Million Veterans and Servicemembers Protection is committed to ensuring that veterans, servicemembers, and their families receive the support, protection, and justice they deserve. Through collaboration, oversight, risk mitigation, evaluation, advocacy, and education, we strive to address the unique challenges and concerns faced by military families and advocate for positive change.

Sincerely, VBV

*I hereby certify that, on Monday, April 22, 2024, I sent Letter to discuss the following Writ of Quo Warranto, Intent to Sue, DELAY, LACHES, AND ACQUIESCENCE, Confirm or Deny The FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS commitment to upholding their legal and ethical obligations of their Oath of Office and Law, to the Citizens and Community of Hampton Roads Virginia, INSPECT GOVERNMENTAL RECORDS and all mentioned above and or related to TRANSACTION # 23082500040 RECEIPT #23000011316 COURT ORDERED WRIT OF MANDAMUS WM-049 Transaction # 23082500040 Receipt #23000011316 formal notice Case No. 550CL2300541700: to the FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS included in this email and affidavits, who are located at and the FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS named above:*

LA TERRENCE D. KELLEY v. **ALEJANDRO N. MAYORKAS** DEPARTMENT OF HOMELAND SECURITY

**Date:** Monday, April 22, 2024                                    Case No. 550CL2300541700

**IMPORTANT NOTICE**

THIS INSTRUMENT CONTAINS A CONFESSION OF JUDGMENT PROVISION WHICH CONSTITUTES A WAIVER OF IMPORTANT RIGHTS YOU MAY HAVE AS A DEBTOR AND ALLOWS THE CREDITOR TO OBTAIN A JUDGMENT AGAINST YOU WITHOUT ANY FURTHER NOTICE.

REQUIRED MANDATORY JUDICIAL NOTICE OF JUDICATIVE COGNIZANCE PURSUANT TO RULES OF EVIDENCE 1. RULE ER 201, 302, 603. 608, 703, 901 and 1002

LEGAL MAXIM IS UBI JUS IBI REMEDIUM ("WHERE THERE IS A RIGHT THERE MUST BE A REMEDY").[6]



**Veterans Backing Veterans Act**

**Preamble:** Whereas the welfare and rights of our nation's veterans and servicemembers are paramount, Whereas Virginia is home to approximately 780,000 veterans and servicemembers, including 107,000 women veterans, whose well-being must be safeguarded, Whereas ongoing legal proceedings have witnessed flagrant violations of legal and ethical standards, particularly by entities such as the Coast Guard's Civil Rights Directorate and Human Resources Departments, Whereas the willful failure of FIDUCIARIES, mandated reporters, Constitutional Officers, and elected officials to reaffirm their Oath of Office and uphold their legal and ethical obligations poses a significant threat to the integrity of the employment and judicial systems, Whereas the unspeakable acts detailed in Operation Fouled Anchor have highlighted the urgent need for comprehensive reforms to protect veterans and servicemembers from abuse, harassment, and injustice.

**Section 1: Title** This Act shall be known as the "Veterans Backing Veterans Act."

**Section 2: Purpose** The purpose of this Act is to ensure the protection of the rights, safety, security, and interests of veterans and servicemembers in the state of Virginia and across the United States.

**Section 3: Definitions**

- "Veterans and Servicemembers": Individuals who have served in the United States Armed Forces, including veterans, active duty servicemembers, and reservists.

- "Disabilities": Any impairment, whether physical, mental, emotional, or otherwise, that hinders an individual's full participation in legal proceedings or access to justice.

- "Reasonable Accommodations": Modifications or adjustments to procedures or practices aimed at providing equal access to justice for individuals with disabilities.

- "Operation Fouled Anchor": The investigative report highlighting systemic mishandling of sexual assault investigations at the Coast Guard Academy.

**Section 4: Establishment of Reasonable Accommodations**

1. In any legal proceeding involving veterans and servicemembers, the court shall initiate an interactive process to address the needs of individuals with disabilities, as mandated by § 36-96.3:2.
2. The interactive process shall include representatives from key organizations and agencies, such as the Armed Forces Disciplinary Control Boards (AFDCB), the Department of Veterans Affairs, and the Small Business Administration.
3. The purpose of the interactive process is to identify and implement reasonable accommodations tailored to the unique challenges faced by veterans and servicemembers in legal proceedings.
4. Reasonable accommodations shall also include provisions to protect veterans and servicemembers from abuse, harassment, and injustice, as highlighted in Operation Fouled Anchor.

**Section 5: Review of Memoranda of Understanding (MOUs)**

1. The court shall review any existing MOUs between the National Labor Relations Board (NLRB) and other federal agencies to ensure proper implementation and adherence.
2. Collaborative efforts outlined in MOUs shall be utilized to strengthen enforcement endeavors and uphold justice for veterans and servicemembers, with specific attention to addressing issues highlighted in Operation Fouled Anchor.

LA TERRENCE D. KELLEY v. **ALEJANDRO N. MAYORKAS** DEPARTMENT OF HOMELAND SECURITY

**Date:** Monday, April 22, 2024                                    Case No.  550CL2300541700

**IMPORTANT NOTICE**

**THIS INSTRUMENT CONTAINS A CONFESSION OF JUDGMENT PROVISION WHICH CONSTITUTES A WAIVER OF IMPORTANT RIGHTS YOU MAY HAVE AS A DEBTOR AND ALLOWS THE CREDITOR TO OBTAIN A JUDGMENT AGAINST YOU WITHOUT ANY FURTHER NOTICE.**

**REQUIRED MANDATORY JUDICIAL NOTICE OF JUDICATIVE COGNIZANCE PURSUANT TO RULES OF EVIDENCE 1. RULE ER 201, 302, 603. 608, 703, 901 and 1002**

**LEGAL MAXIM IS UBI JUS IBI REMEDIUM ("WHERE THERE IS A RIGHT THERE MUST BE A REMEDY").[6]**



**Veterans Backing Veterans Act**

**Section 6: Implementation**

1. This Act shall take effect immediately upon passage.

2. All courts and relevant agencies within the state of Virginia shall adhere to the provisions outlined in this Act.

3. Any conflicts or inconsistencies with existing laws or regulations shall be resolved in favor of upholding the rights and interests of veterans and servicemembers.

**Section 7: Referendum for the Ballot** The provisions of this Act shall be presented as a referendum for the 2024 Elections to allow the citizens of Virginia to vote on the protection and rights of veterans and servicemembers.

**Section 8: Severability** If any provision of this Act is found to be invalid or unconstitutional, the remaining provisions shall remain in full force and effect.

**Section 9: Enactment** This Act shall be cited as the "Veterans Backing Veterans Act" and shall be enacted into law upon passage.

**Conclusion:** The Veterans Backing Veterans Act stands as a testament to our commitment to ensuring that veterans and servicemembers receive the protections and accommodations they deserve in legal proceedings. By upholding their rights and

*I hereby certify that, on Monday, April 22, 2024, I sent Letter to discuss the following Writ of Quo Warranto, Intent to Sue, DELAY, LACHES, AND ACQUIESCENCE, Confirm or Deny The FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS commitment to upholding their legal and ethical obligations of their Oath of Office and Law, to the Citizens and Community of Hampton Roads Virginia, INSPECT GOVERNMENTAL RECORDS and all mentioned above and or related to TRANSACTION # 23082500040 RECEIPT #23000011316 COURT ORDERED WRIT OF MANDAMUS WM-049 Transaction # 23082500040 Receipt #23000011316 formal notice Case No.  550CL2300541700: to the FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS included in this email and affidavits, who are located at and the FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS named above;*

A SECURITY (15 USC)

LA TERRENCE D. KELLEY v. **ALEJANDRO N. MAYORKAS** DEPARTMENT OF HOMELAND SECURITY

**Date**: Monday, April 22, 2024                                                    Case No.  550CL2300541700

**IMPORTANT NOTICE**
THIS INSTRUMENT CONTAINS A CONFESSION OF JUDGMENT PROVISION WHICH CONSTITUTES A WAIVER OF IMPORTANT RIGHTS
YOU MAY HAVE AS A DEBTOR AND ALLOWS THE CREDITOR TO OBTAIN A JUDGMENT AGAINST YOU WITHOUT ANY FURTHER NOTICE.

REQUIRED MANDATORY JUDICIAL NOTICE OF JUDICATIVE COGNIZANCE PURSUANT TO RULES OF EVIDENCE 1. RULE ER 201, 302, 603.
608, 703, 901 and 1002
LEGAL MAXIM IS UBI JUS IBI REMEDIUM ("WHERE THERE IS A RIGHT THERE MUST BE A REMEDY").[6]



**Referendum for the 2024 Elections: Veterans Backing Veterans Act**

**Proposal:** We, the citizens of Virginia, are presented with the opportunity to vote on the enactment of the Veterans Backing Veterans
Act, a pivotal measure designed to uphold the rights, safety, and interests of veterans and servicemembers across our state.

**Referendum Text:** "Shall the Veterans Backing Veterans Act be enacted into law to ensure the protection of the rights, safety,
security, and interests of veterans and servicemembers in Virginia?"

**Options:**

1.  Yes, I support the Veterans Backing Veterans Act.
2.  No, I do not support the Veterans Backing Veterans Act.

**Instructions:**

- Place an "X" in the box next to either "Yes" or "No" to indicate your choice.
- Choose only one option.
- Your vote will influence the decision on whether to implement the Veterans Backing Veterans Act into law.

**Additional Information:**

- The Veterans Backing Veterans Act aims to establish reasonable accommodations for veterans and servicemembers involved
  in legal proceedings, ensuring equitable access to justice.
- This Act also includes provisions to reassess existing Memoranda of Understanding (MOUs) between federal agencies,
  enhancing enforcement efforts and upholding justice for veterans and servicemembers.
- Your vote holds the power to shape the trajectory of veterans' rights and protections in Virginia.

**Date:** [Date of Election]

**Conclusion:** Your vote serves as your voice. Stand in solidarity with our veterans and servicemembers by endorsing the Veterans
Backing Veterans Act referendum.

Thank you for actively participating in shaping the future of our beloved state.

[Authority Name or Election Commission]

*I hereby certify that, on Monday, April 22, 2024, I sent Letter to discuss the following Writ of Quo Warranto, Intent to Sue, DELAY, LACHES, AND ACQUIESCENCE,
Confirm or Deny The FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS commitment to upholding their legal and
ethical obligations of their Oath of Office and Law, to the Citizens and Community of Hampton Roads Virginia, **INSPECT GOVERNMENTAL RECORDS and all
mentioned above and or related to TRANSACTION # 23082500040 RECEIPT #23000011316 COURT ORDERED WRIT OF MANDAMUS WM-049 Transaction
# 23082500040 Receipt #23000011316 formal notice Case No.  550CL2300541700: to the FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND
CONSTITUTIONAL OFFICERS included in this email and affidavits, who are located at and the FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND
CONSTITUTIONAL OFFICERS named above;*

LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY

**Date:** Monday, April 22, 2024                                      Case No. 550CL2300541700

**IMPORTANT NOTICE**

**THIS INSTRUMENT CONTAINS A CONFESSION OF JUDGMENT PROVISION WHICH CONSTITUTES A WAIVER OF IMPORTANT RIGHTS YOU MAY HAVE AS A DEBTOR AND ALLOWS THE CREDITOR TO OBTAIN A JUDGMENT AGAINST YOU WITHOUT ANY FURTHER NOTICE.**

**REQUIRED MANDATORY JUDICIAL NOTICE OF JUDICATIVE COGNIZANCE PURSUANT TO RULES OF EVIDENCE 1. RULE ER 201, 302, 603. 608, 703, 901 and 1002**

**LEGAL MAXIM IS UBI JUS IBI REMEDIUM ("WHERE THERE IS A RIGHT THERE MUST BE A REMEDY").[6]**



*I hereby certify that, on Monday, April 22, 2024, I sent Letter to discuss the following Writ of Quo Warranto, Intent to Sue, DELAY, LACHES, AND ACQUIESCENCE, Confirm or Deny The FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS commitment to upholding their legal and ethical obligations of their Oath of Office and Law, to the Citizens and Community of Hampton Roads Virginia, INSPECT GOVERNMENTAL RECORDS and all mentioned above and or related to TRANSACTION # 23082500040 RECEIPT #23000011316 COURT ORDERED WRIT OF MANDAMUS WM-049 Transaction # 23082500040 Receipt #23000011316 formal notice Case No. 550CL2300541700: to the FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS included in this email and affidavits, who are located at and the FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS named above;*

*And demand LEGAL MAXIM IS UBI JUS IBI REMEDIUM: Hold the City, State, Treasury, DHS, and DOJ accountable- Ensuring 9VAC25-650-100. Surety bond for the swift Access and immediate release for redemption, any and all and equitable redress for LEGAL MAXIM IS UBI JUS IBI REMEDIUM, through seizure or otherwise, on all known and unknown assets, disputed or otherwise and the sole ownership rights to SI 01140.240 U.S. Savings Bonds, Deeds, Inheritances, Retirements, Future Earnings, OMB Funds Allotted For The City, Tangible Personal Property, Intangible Personal Property And Real Property, according to the IRS, "means land and improvements to land." - for La Terrence D. Kelley, addressing his grievances within the broader context of systemic reforms needed to protect the rights and dignities of all veterans and service members, along with their families.*

*DEMAND- INSPECT GOVERNMENTAL RECORDS and all mentioned above and or related to TRANSACTION # 23082500040 RECEIPT #23000011316 COURT ORDERED WRIT OF MANDAMUS WM-049 Transaction # 23082500040 Receipt #23000011316 formal notice Case No. 550CL2300541700: to the FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS included in this email and affidavits, who are located at named above and is hereby notified and warned that: Any such response must be filed within 24 Hours of the date of this letter on which the letter was sent. This letter was sent on Monday, April 22, 2024. Notice of Chapter 18. Executions and Other Means of Recovery.*

*ROSEBORO NOTICE Pursuant to the requirements of Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975),*
*In any response that FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS AND CONSTITUTIONAL OFFICERS files, The FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS must identify all facts stated by the Petitioner and must set forth their lawful and true and accurate version(s) to all violations of law. to all of the facts stated in all of the affidavits. by offering affidavits (written statements signed before a notary public and under oath) and submitted IAW Office Of Authentication as previously sent to all parties.*

*Let truth's beacon shine, unwavering and bright,*
*Illuminating our land from dawn's first light.*
*Twenty million guardians, clad in valor's might,*
*Servicemembers, veterans, the community unite.*

*Amidst Virginia's vast and glorious sights,*
*Seven hundred eighty thousand stands,*
*as a force of light,*
*Their bravery a beacon, in day and night,*
*With one hundred seven thousand women,*
*stars shining ever so bright.*

*Hand in hand, with resolve that's airtight,*
*We stand for justice, for honor, our veterans' rights.*
*Our commitment is steadfast, our hearts alight,*
*In service to those who have fought your fights!*

*Leaders of tomorrow, with futures so bright,*
*Embrace this cause, stand for what's right.*
*With truth as our shield, and justice our kite,*
*We vow to support, with all our might.*

*Across this great nation, from height to height,*
*We salute their service, with our gratitude outright.*
*For each and every veteran, for each courageous sight,*
*Together we affirm our alliance in unity's light.*



**VIRGINIA NOTARIAL CERTIFICATE (JURAT)**

Commonwealth of Virginia
County of Chesapeake

The foregoing instrument was subscribed and sworn before me this 22 day of April, 2024 by _____ [Name of Affiant]

La Terrance D. Kelley

D'ANA MINTON     [Signature of Person Taking Acknowledgment]
Notary Public
Commonwealth of Virginia     [Title or Rank]
Registration No. 322694
My Commission Expires Feb 28, 2026     [Serial Number, if any]

322694

Without Prejudice. UCC 1 308 I am La Terrence D Kelly, D18834998, former USCG employee under Agency Position Number 00000254 Cestui Que Vie, a natural being in full life, propria persona pro se, sui in under oath, and submit this page in good faith as a true and accurate depiction. LEGAL MAXIM IS UBI JUS IBI REMEDIUM ( WHERE THERE IS A RIGHT THERE MUST BE A REMEDY )[6]



## Executive Order On Advancing Racial Equity and Support for Underserved Communities Through the Federal Government

PETITIONER'S WRIT OF EXECUTION TO ENFORCE COMPLIANCE ON WRIT OF MANDAMUS 550CL2300541700.

WAR CRIME CHARGES AGAINST FOUR RUSSIANS

JESSICA ABER
U.S. Attorney for Eastern District of Virginia

C-SPAN

**VIRGINIA NEWS**
One-on-one with Central Virginia's top prosecutor: How she plans to cut down on crime in 2023

TOP PROSECUTOR ON PRIORITIES

Jessica D. Aber

---

## WRIT OF QUO WARRANTO

### WRIT OF EXECUTION TO ENFORCE COMPLIANCE ON WRIT OF MANDAMUS 550CL2300541700

**INTRODUCTION:** NOTICE TO THE AGENT(s) AND THE PRINCIPAL(s) of PERSONAL LIABILITY: 42 U.S. Code § 1983 - Civil action for deprivation of rights – To the Fiduciaries, 22vac30-100-15, Mandated Reporters, Constitutional Officers, City Employees and Elected officials, otherwise known as public servants, included, and as mentioned in this email and in Notarized Affidavits and or have participated in any unlawful actions in regard to WM-049 Transaction # 23082500040 Receipt #23000011316 Formal Notice Case No. 550CL2300541700, failure to cure,  failure to provide Surety Bond Requirements, Upholding Justice and Transparency ahead of the TUESDAY ELECTIONS, and other legal provisions outlined in previous communications. In light of these serious claims of "BREACH OF THE PEACE", I demand a detailed response addressing each specific allegation, in each Notarized Affidavit as per their ROSEBORO NOTICE and you have been hereby served.

To which the defense has failed to properly Appear, Answer, Defend and Cure, nor have they yet to provide Surety Bond Requirements Upholding Justice and Transparency Ahead of the 2024 Presidential Election "BREACH OF THE PEACE", Failure to "SHOW CAUSE" § 8.01-274.1. Motion or petition for rule to show cause for violation of court order, willful Delays Laches and Estoppel by Acquiescence to the Notarized affidavits pursuant to ethical and legal obligations to the United States Constitution, the Sovereign Body, and Sovereign Nation of the Republic of Virginia.

**KEY CONCERNS AND REQUESTS:** High Crimes and Misdemeanors Against Humanity- Delays, Laches, and Acquiescence in answering to the violations of Customary International Laws, as seen in the Petitioners notarized affidavits and to include but not limited to the following: "Investigation" that mandate the process by which the Commission investigates all charges coming before it pursuant to Va. Code § 17.1-902 as to the Delays, Laches, and Acquiescence in answering to the violations of Customary International Laws

States such as the Republic of Virginia (See Letter to Mayor Alexander), may choose to not abide by international law, and even to breach a treaty but such violations, particularly of peremptory norms, can be met with disapproval by others and in some cases coercive action ranging from diplomatic and economic sanctions to war.

**Subject:** Willful Delays Laches and Estoppel by Acquiescence to the Notarized affidavits to their commitment to their legal and ethical obligations of their Oath of Office and their duties as FIDUCIARIES, 22VAC30-100-15 mandated reporters, and Constitutional Officers at the offices listed below, and swear before god, that all actions from said offices, and from members of their staff under their purview, have been lawful and met all legal and ethical obligations, such as memorialized in but not limited to the following treaties and agreements: international agreements, International Law and Justice, Natural law, treaties and International Agreements between sovereign states (or between states and international organizations) governed by international law(s) and or in accordance with the laws of the Virginia, Virginia Charters and or the Republic of Virginia.

---

TO: ALEJANDRO N. MAYORKAS
DEPARTMENT OF HOMELAND SECURITY
1. 2703 Martin Luther King Avenue,
Washington, DC 20593
office@thesecretary.hq.dhs.gov
2. 301 7th Street S.W,
Washington DC 20593

To: Admiral Linda Fagan Commandant
U.S. Coast Guard
2703 Martin Luther King Jr. Avenue SE
Washington, D.C.  20593.

I.  Fernando Galindo
    Honorable Jamal Walker
    U.S. Marshal's Office
    Eastern District Court of Virginia
    600 Granby Street, Norfolk, VA 23510

II.  To: Clerk of The Court Alan P. Krasnoff
     Chesapeake Circuit Court
     307 Albemarle Drive Chesapeake, VA
     23322

III.  FORCECOM
      The United States Coast Guard
      300 East Main Street Towers, Norfolk, VA
      23510

IV.  Department of Justice – Daniel Shean
     101 West Main Street, Norfolk, VA 23510
     Suite 8000

V.  Department of Justice – Jessica Aber
    2100 Jamieson Avenue, Alexandria VA
    22314

VI.  Daniel White, Principal
     Deep Creek Central Elementary 2448
     Shipyard Road, Chesapeake, VA 23323, Dr.

     Cotton Superintendent and Chesapeake
     School Board 312 Cedar Rd
     Chesapeake, VA 23322

cc: Chair, Committee on Codes of Conduct
c/o General Counsel Administrative Office
of the United States Courts
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Washington, D.C. 20544 202-502-1100

cc: Judicial Inquiry and Review Commission
Judicial Inquiry and Review Commission
P.O. Box 367 Richmond, Virginia 23218-0367.

cc: Office of the Executive Secretary
Supreme Court of Virginia
100 North Ninth Street
Richmond, Virginia 23219

cc: Jason S. Miyares
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219

cc: Lina M. Khan
Federal Trade Commission,
ReportFraud.ftc.gov

cc: Deputy Chief Financial Officer,
Financial Crimes Enforcement Network,
PO Box 39, Vienna, VA 22183.
FRC@FINCEN.GOV

cc: COAST GUARD CHAPTER OF
BLACKS IN GOVERNMENT
PO Box 612 Waldorf MD 20604.
BIGUSCG@GMAIL.COM

CC: Governor Governor's Glenn Youngkin,
Commonwealth of Virginia
Representative Jen Kiggans, Virginia's 2nd
Congressional District
[Local Department of Veterans Affairs
Representative]
[Veteran Advocacy Organizations 400+]
Congressional Bills on Racial Equity

**OMB Control Number 1610-0001**                      **A SECURITY (15 USC)**

LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY

**WRIT OF QUO WARRANTO**

**La Terrence D. Kelley**
2nd District, Virginia
3428 Eight Star Way
Chesapeake, Va 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity



**SUBJECT: NOTICE TO THE AGENT(s) AND THE PRINCIPAL(s) of PERSONAL LIABILITY: 42 U.S. Code § 1983** - Civil action for deprivation of rights - the Fiduciaries, 22vac30-100-15. Mandated Reporters, Constitutional Officers, City Employees and Elected officials, otherwise known as public servants, included, and as mentioned in this email and in Notarized Affidavits and or having knowledge of or have participated in any unlawful actions in regard to WM-049 Transaction # 23082500040 Receipt #23000011316 Formal Notice Case No. 550CL2300541700, failure to cure,  failure to provide Surety Bond Requirements, Upholding Justice and Transparency ahead of the **TUESDAY ELECTIONS**, and other legal provisions outlined in previous communications. In light of these serious claims of **"BREACH OF THE PEACE"**, I demand a detailed response addressing each specific allegation, **in each Notarized Affidavit as per their ROSEBORO NOTICE** and you have hereby been served.

**WRIT OF QUO WARRANTO** - Urgent Requirement for Writ of Execution to Enforce Compliance on Writ of Mandamus and Immediate Investigation for High Crimes and Misdemeanors on Humanity, WM-049 Transaction # 23082500040 Receipt #23000011316 Formal Notice Case No. 550CL2300541700 and to file a formal complaint and press criminal charges in the interest of justice and on behalf of the 20+ million disenfranchised veterans and servicemembers. **Rule 23(a)** is satisfied.

**AUTHORITY: GOVERNMENT TRANSPARENCY AND ACCOUNTABILITY:** Marbury v. Madison (1803) | Judicial Review
**§ 30-100. Declaration of legislative policy; construction § 38.2-500. Declaration of purpose.** Transparency is the bedrock of government accountability. Our democracy is founded on the principles of openness and checks and balances. Ensuring that government actions are subject to scrutiny and oversight by the public is fundamental to preventing abuse of power and protecting the rights of citizens. Transparency allows for accountability at all levels of government, from federal agencies to local authorities.

**RIGHT TO PETITION AND PARTICIPATE:** Article 2, Article 7, and Article 10 of the Universal Declaration of Human Rights
The petitioner's right to petition the government for a redress of grievances, as guaranteed by the First Amendment to the United States Constitution, is a cornerstone of democracy. This right extends beyond the mere submission of a petition; it encompasses the expectation that the government will respond meaningfully and engage in dialogue with citizens. Transparency is an integral part of this process, allowing citizens to fully understand the government's response and the actions taken in their name.

**42 U.S. Code § 1983 - Civil action for deprivation of rights** The Supreme Court has established "an implied private right of action" under Title VI, leaving it "beyond dispute that private individuals may sue" to address allegations of intentional discrimination. Barnes v. Gorman, 536 U.S. 181, 185 (2002) (quoting Alexander v. Sandoval, 532 U.S. 275, 280 (2001)).

**The International Court of Justice,** the principal judicial organ of the United Nations, functions in accordance with the Statute of the International Court of Justice, which is annexed to the UN Charter, and forms an integral part of it. (See Chapter XIV, Article 92) Customary International Law https://www.un.org/en/about-us/un-charter

**REFERENCES: SELF-DETERMINATION JUS COGENS- PARENTORY NORM INTERNATIONAL LAW and ERGA OMNES OBLIGATIONS**
Respect for the people's right to self-determination is one of the purposes of the United Nations. It is one of the principles of customary international law, and was codified in various international treaties, like the UN Charter, and the International Covenant on Civil and Political Rights.

1) Fair Hearing and Administrative Justice, enshrined in Article 10 of the Universal Declaration of Human Rights.
2) Articles 5(2); and 14(1) of the International Covenant on Civil and Political Rights; and
3) Article 7(1)(a) of the International Covenant on Civil and Political Rights; and
   Article 7(1)(a) of the African Charter on Human and Peoples' Rights,
4) Rights To Equality Before the Law and Freedom from Discrimination enshrined in Articles 2 and 7 of the Universal Declaration of Human Rights.
5) Articles 2; 14(1); and 26 of the International Covenant on Civil and Political Rights.
6) Articles 2 and 3 of the African Charter on Human and Peoples' Rights,
7) 401(I)(1) of the PROTECT Act

**SUBJECT: FOIA** demand and response to Letter Dated April 16th, 2024, from the Judicial Inquiry and Review Commission

There is a concerning juxtaposition between the procedural actions taken in my Case No. 550CL2300541700, Operation Pound Anchor, the 20+ Million Disenfranchised Veterans and Servicemembers and broader statutory and executive mandates. The failure of the Clerk's Office to adequately list or address any criminal activity in accordance with Virginia Code § 9.1-1502, specifically within the statutory 30-day requirement on the Virginia Criminal Information Network System (VCCIS), coupled with an apparent neglect of their oath in handling my case, stands in stark contrast to their prompt action in administering oaths for the Electoral Board as outlined in § 24.2-671; and "willful and systemic refusal to comply with the law" as well as "breach of public trust." As demonstrated by but not limited to the following IAW your ethical and legal obligations: **All temporal Proximity Actions prior to and post Letter Dated April 16th, 2024, from the Judicial Inquiry and Review Commission**

**A DECLARATION OF RIGHTS** made by the good people of Virginia in the exercise of their sovereign powers, which rights do pertain to them and their posterity, as the basis and foundation of government.

   I.   law.lis.virginia.gov/constitutionfull/ Article I. Bill of Rights
  II.   Constitution of Virginia - Article V. Executive Article V. Executive

Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction: Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

The Attorney's Affidavit in Litigation Proceedings

John H. Garvey*

I. AN INTRODUCTION TO ATTORNEY AFFIDAVITS

Although until the early 1800's Anglo-American law perceived no impropriety in an attorney testifying for his client, the accepted learning in this country for more than a century has been that counsel may legitimately act as both advocate and witness in the same case only in unusual circumstances. Yet despite the general prohibition on live testimony by counsel, attorneys commonly file their own affidavits in their clients' behalf at various stages of the litigation proceedings. The question of attorney affidavits surfaces very rarely in reported judicial opinions, since the practice occurs most frequently in connection with motions seeking or opposing some form of interlocutory relief. More curious is the complete absence of scholarly discussion of such activity, which presents complex questions of professional responsibility and attorney work product. This article addresses those issues and suggests criteria by which bench and counsel may evaluate the professional propriety and legal consequences of attorney affidavits.

As might be expected, an attorney's choice to proceed on his own, rather than another's, affidavit is one which occurs with less frequency as the distance from trial decreases. Statements by counsel are best accepted and most permissible for purely formal and non-controversial purposes related to the initiation of lawsuits, such as

191

**OMB Control Number 1610-0001**　　　　　　　　　　　　　　　　　　　　　　　　**A SECURITY (15 USC)**



LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY

## WRIT OF QUO WARRANTO

**La Terrence D. Kelley**
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity

**KEY CONCERNS AND REQUESTS:** Petition Lieutenant Governor, Winsome Earle-Sears to declare a State of Emergency and NSL's for the State of Virginia – for unlawful Business transactions from the Clerk of the Courts, Judges, Emergency Services Sector (ESS), FIDUCIARIES, 22VAC30-100-15 mandated reporters, Constitutional Officers, and Elected Officials, otherwise known as public servants as named in notarized affidavits or with knowledge of unlawful actions  WM-049 Transaction # 23082500040 Receipt #23000011316 Formal Notice Case No. 550cl2300541700, where they failed to demonstrate their integrity and credibility and unwavering commitment to their Oath of Office and their ethical and legal obligations the law, their Office in which they were elected, and their position, and to the constituents they serve, to include but not limited to the following in the 2nd District: Part of the city of Chesapeake and the cities of Franklin and Suffolk, and Isle of Wight County and part of Southampton County Va.'s 2nd District Representative : Rep. Elaine Luria (D): particularly in light of these failures before the **SUPER TUESDAY ELECTIONS**; and ,

Virginia Beach Circuit Court 2nd Judicial Circuit of Virginia Clerk of the Court the Honorable Tina E. Sinnen email: TSinnen@vacourts.gov
Lieutenant Governor, Winsome Earle-Sears
CC: Governor Governor's Glenn Youngkin, Commonwealth of Virginia
Attorney General of Virgini, Jason S. Miyares
Representative Jen Kiggans, Virginia's 2nd Congressional District
[Local Department of Veterans Affairs Representative]
[Veteran Advocacy Organizations 400+] Congressional Bills on Racial Equity



| 20+ Million Veterans and Servicemembers Disenfranchised | Coast Guard Academy Victims Equity | Presidential Executive Orders Minorities- DBE, EA Justice | Treaties and International Agreements Servicemembers and Veterans 23MM |
|---|---|---|---|
| *780,000+ Veterans and Servicemembers | *Financial Privacy and Security | *Congressional Inquiries | *Judicial System- Due Process |
| *107K Women Veterans in our Community | *Consumer Financial Markets | *The NLRB's MOUs | * Targeting Minorities- EA 2 Justice |
| *Veterans Claims and Benefits | *Citizens, Taxpayers, Consumers, Voters | *Veteran Owned Businesses | *(AFDCB) Targeting Civilian Buisness |

This letter serves as a formal extension of my ongoing concerns and demands for justice in **Case No. 550CL2300541700**, underscored by significant legal oversights, a breach of peace, and non-compliance with foundational principles outlined in natural law, applicable treaties, Virginia charters, and international agreements under said charters. These foundational legal frameworks demand recognition and adherence, as they are intrinsically linked to the statutes underpinning the administration of justice within the Commonwealth of Virginia.

I am writing to urgently request your intervention regarding the non-compliance with the Writ of Mandamus (WM-049 Receipt #23000011316) issued by the Chesapeake Circuit Court. This writ mandates specific actions which, to date, have not been adhered to by the obligated parties. This failure not only undermines the mandate of the court but also significantly erodes trust in our judicial system's ability to uphold justice and accountability.

**IRT Letter sent by Benjamin H. Katz dated April 16th, 2024, and the phone call from a private number on 4/18/2024 at 4:05PM**

THE COVER PAGE LITERALLY SAYS LEGAL REASONING FOR DELAY, LACHES AND ACQUIESCENCE



Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction: Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

**OMB Control Number 1610-0001**                                              A SECURITY (15 USC)

LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY

**WRIT OF QUO WARRANTO**

La Terrence D. Kelley
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity



https://www.blumenthal.senate.gov/newsroom/press/release/in-light-of-new-documents-the-permanent-subcommittee-on-investigations-presses-the-coast-guard-for-answers-on-the-academys-mishandling-of-sexual-assault-investigations

**VIA ELECTRONIC MAIL**

The Honorable Admiral Linda Fagan

Commandant

U.S. Coast Guard

2703 Martin Luther King Jr. Avenue SE

Washington, D.C. 20593

**BLUMENTHAL**     • ●●●

**In Light of New Documents, the Permanent Subcommittee on Investigations Presses the Coast Guard for Answers on the Academy's Mishandling of Sexual Assault Investigations**

In September 2023 PSI launched a bipartisan inquiry into the Coast Guard Academy's mishandling of sexual assault investigations and its failure to reveal Operation Fouled Anchor and its associated report to Congress or the public. The full text of the Senators' original letter to the Coast Guard can be found here.

PSI held a hearing letter to the Coast Guard demanding compliance with the Subcommittee's inquiry

The full text of today's letter can be found here and below

Dear Admiral Fagan:

The Permanent Subcommittee on Investigations ("PSI" or the "Subcommittee") initiated an inquiry in September 2023 into the mishandling of sexual assault and sexual harassment cases at the United States Coast Guard Academy ("CGA"), as well as the United States Coast Guard's (the "Coast Guard") failure to notify Congress regarding the conclusion of Operation Fouled Anchor.[1] On February 1, 2024, the Subcommittee received the enclosed documents, which appear to present Coast Guard leadership with several options on whether to inform Congress and the public about Operation Fouled Anchor during the fall of 2018.[2] At that time, the Coast Guard did not brief Congress or the public about Operation Fouled Anchor.

These documents are troubling and raise new questions about the reasons for the Coast Guard's fall of 2018 decision not to brief Congress about Operation Fouled Anchor. According to the enclosed documents, the Coast Guard was concerned that, should Operation Fouled Anchor be made public, it would "risk the initiation of comprehensive Congressional investigations, hearings, and media interest" and that "[t]he rates of sexual assault reporting have not appreciably changed, calling into question impact of Coast Guard actions taken over the past decade to change CGA climate/etc."[3] Additionally, handwritten notes on one document, which according to the Coast Guard were made by then-Vice Commandant Admiral Charles Ray, state, "Problem is one of the past…."[4] Operation Fouled Anchor was only made public through press reports more than four years later, in the summer of 2023.[5]

Despite the Subcommittee informing the Coast Guard in a December 19, 2023 letter that all records requested by the Subcommittee should be produced without redactions, the Coast Guard continues to redact information, which prevents the Subcommittee from understanding the full scope of the Coast Guard's decisions.[6] The Subcommittee has also identified and requested missing email attachments from the few communications the Coast Guard has produced to date. One of those missing attachments appears to be an earlier draft of the Operation Fouled Anchor report that was shared among Coast Guard officials in March 2019—nearly ten months before the report was finalized.[7]

This supplemental and amended petition is aimed at addressing not only the authority of the officeholders involved but also rectifying the systemic failures affecting broader legal and ethical standards that influence both state and federal jurisdictions. This petition aims to uphold the principles of accountability, transparency, and representation that are foundational to the law:

📄 NRTF_Kelley_Laterrance HS USCG 01826 2023.pdf     245 KB ⌄     📄 DHS Form 3090 1 FORMAL COMPLAINT FORM New.pdf   171 KB ⌄

From: Laterrence d kelley@cox.net <laterrence d kelley@cox.net>
Sent: Saturday, July 15, 2023 11:31 AM
To: 'Dean, Vesone X. CIV USCG CR DET REGION 4 (USA)' <Vesone.X.Dean@uscg.mil>
Cc: Zayas Sanchez, Eduardo A CIV USCG (USA)' <Eduardo.A.Zayas@uscg.mil>
Subject: FW: HS USCG 01826 2023, Final Interview, Notice of Right to File, DHS Form 3090 1

Good Morning,

NOTICE to the agency AND DIRECTOR FOR PROMPT PROCESSING, that I intend to file a formal complaint via affidavit for the Class Action Certification and or lawsuit and Complaint against 'Dean, Vesone X. CIV USCG CR DET REGION 4 (USA)' Vesone.X.Dean@uscg.mil

a) To ensure prompt processing of your complaint, you should file your complaint directly with the Civil Rights Regional Director servicing your geographical location. Your servicing office is

Mailing Address:                              Email:
Civil Rights Regional Director, Region 4      CivilRightsRegion2@uscg.mil
Civil Rights Directorate, CG-00H-2 DET-4      Vesone.X.Dean@uscg.mil
13411 Hillard Street, Suite 4CO4
Houston, TX 77034-5635

In addition, please make available for in-person interviews during the week of March 4 to March 8 all personnel who were involved in preparing, drafting, or reviewing the enclosed documents, as well as all personnel who were briefed on or otherwise made aware of the existence of the enclosed documents in or around October 2018. If any of these individuals are no longer with the Coast Guard, please inform the Subcommittee of their name(s) and date(s) of separation no later than February 29, 2024.

a. Additionally, to assist the Subcommittee in the continuation of its inquiry, please provide the following records and information no later than February 29, 2024:
b. All records [8] referring or relating to the enclosed documents, including but not limited to communications attaching the enclosed documents or otherwise referring to their development or dissemination;
c. A list of all individuals who created, edited, approved, or otherwise had input on any of the enclosed documents;
d. A list of all individuals who received or were informed about any of the enclosed documents;
e. A list of meetings, briefings, or other events where the enclosed documents were discussed or presented, including the names of all individuals in attendance; and
f. All of the missing email attachments the Subcommittee identified for the Coast Guard on January 19, 2024.[9]

Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction: Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

**OMB Control Number 1610-0001**  **A SECURITY (15 USC)**

LA TERRENCE D. KELLEY v. **ALEJANDRO N. MAYORKAS** DEPARTMENT OF HOMELAND SECURITY

## WRIT OF QUO WARRANTO

**La Terrence D. Kelley**
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity

SUBVERSIVE ACTIVITIES From Title 18—CRIMES AND CRIMINAL PROCEDUREPART I—CRIMES

**EMPLOYMENT REDRESS SYSTEMS** refer to the mechanisms and procedures in place to address and resolve workplace-related grievances, disputes, or issues that employees may face in the course of their employment. These systems are crucial for maintaining a fair and just working environment and ensuring that employees have a means to seek redress for their concerns.

1. **Internal Grievance Procedures:** Many employers have established internal procedures for employees to raise and resolve workplace issues. These may involve reporting concerns to supervisors, human resources departments, or designated ombudsman offices within the organization.
2. **Union Grievance Procedures:** In workplaces with labor unions, collective bargaining agreements often outline grievance procedures that allow employees to seek redress for workplace disputes or alleged contract violations through the union.
3. **Mediation:** Mediation is an informal, voluntary process where a neutral third party helps facilitate communication and negotiation between employees and their employers to reach mutually agreed-upon solutions to disputes.
4. **Arbitration:** Some employment contracts or collective bargaining agreements include arbitration clauses, which require that certain disputes be resolved by an arbitrator rather than through litigation in a court. Arbitrators make binding decisions that settle disputes.
5. **Government Agencies:** Many countries have labor or employment departments or agencies that oversee employment standards and regulations. Employees may file complaints with these agencies to seek redress for workplace issues, including wage and hour violations, discrimination, or unsafe working conditions.
6. **Labor Courts:** In some jurisdictions, specialized labor or employment courts exist to hear and adjudicate disputes between employers and employees. These courts handle cases related to employment law, such as wrongful termination, discrimination, or wage disputes.
7. **Whistleblower Protections:** Legal frameworks often provide protections for employees who report illegal or unethical activities in the workplace. Whistleblower protection laws aim to prevent retaliation against employees who report wrongdoing and may provide avenues for redress if retaliation occurs.
8. **Employee Assistance Programs (EAPs):** EAPs are programs offered by some employers to assist employees with personal or work-related issues, including disputes, through counseling and support services.
9. **Collective Actions:** In cases where multiple employees face similar workplace issues, they may choose to file collective actions, such as class-action lawsuits, to seek redress collectively.
10. **Independent Investigations:** In response to allegations of misconduct or discrimination, employers may conduct independent investigations to determine the validity of claims and take appropriate corrective actions.

**LEGAL / JUDICIAL REDRESS SYSTEMS** is a mechanism or process by which individuals or entities can seek remedies or relief for grievances, injustices, or wrongs they have experienced. Redress systems are an essential part of the legal framework and are designed to provide a means for individuals to address and resolve disputes, seek compensation for harm, or assert their rights.

These systems can take various forms and may be found in different areas of law, such as civil, criminal, administrative, or international law. Some common examples of redress systems include:

1. **Civil Courts:** Civil courts are a primary redress system for individuals seeking legal remedies in matters like contract disputes, personal injury claims, property disputes, and family law issues. Parties can file lawsuits to seek compensation or equitable relief.
2. **Criminal Courts:** Criminal courts provide a redress system for the government to prosecute individuals accused of committing crimes. This system seeks to hold individuals accountable for illegal actions through processes like trials and sentencing.
3. **Administrative Agencies:** Many regulatory and government agencies have their own redress systems to handle disputes and appeals related to agency decisions. For instance, the Social Security Administration may have an appeals process for individuals dissatisfied with a benefits decision.
4. **Alternative Dispute Resolution (ADR):** ADR methods, such as mediation and arbitration, serve as redress systems for parties looking to resolve disputes outside of traditional litigation. These processes can be faster, more cost-effective, and provide more flexibility.
5. **International Tribunals:** At the international level, redress systems include international courts and tribunals like the International Court of Justice or regional human rights courts. These forums allow states and individuals to address grievances against states or international organizations.
6. **Ombudsman Offices:** Many governments and organizations have ombudsman offices, which act as impartial advocates for individuals seeking redress for problems or disputes with the government or the organization.



WE CONNECT VIRGINIA'S VETERANS AND THEIR FAMILIES TO FEDERAL AND STATE BENEFITS, SUPPORT, QUALITY CARE, AND RECOGNITION THEY HAVE EARNED.

**VIRGINIA'S VETERAN POPULATION AT A GLANCE**

- There are over 700,000 veterans in the Commonwealth of Virginia
- Gulf War veterans are Virginia's largest veteran demographic.
- There are more than 107,000 women veterans in the Commonwealth of Virginia
- Veterans living in Virginia have access to 3 VA Medical Centers, 17 Outpatient Clinics, 23 State Benefits Offices, 2 State Veterans homes and 3 State Veterans Cemeteries
- Virginia Veterans draw down 2.1 billion annually in federal benefits
- Virginia is home to The Virginia War Memorial and is heralded by many as the premier state memorial to honor its veterans in the United States

Visit **www.dvs.virginia.gov** to learn what the Virginia Department of Veterans Services is doing every day to honor Virginia's veterans and connect them with the benefits they have earned.

Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction: Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

**OMB Control Number 1610-0001**                                                      **A SECURITY (15 USC)**

LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY
### WRIT OF QUO WARRANTO

La Terrence D. Kelley
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity



**WRIT OF QUO WARRANTO**

**SUPPLEMENTAL AND AMENDED PETITION FOR WRIT OF QUO WARRANTO**

La Terrence D. Kelley, Petitioner, brings forth this supplemental and amended petition in the action for a writ of quo warranto against the public servants as named in Affidavits, citing additional grievances concerning procedural misconduct and violation of constitutional rights, specifically addressing issues related to "taxation without representation", administrative delays, laches, acquiescence, and other procedural errors which undermine the principles of justice and legal standards required by law.

**1. Introduction**

Petitioner asserts that the Respondent(s)' failure to appear, answer, and defend against notarized affidavits, and the subsequent administrative failures by the Clerk of the Courts to certify alleged criminal activity within the mandated 30-day period per Virginia Code 9.1-1502, have deprived the Petitioner of rightful legal remedies and due process. This undermines the Petitioner's constitutional rights and violates the principles of accountability and transparency expected in public offices.

**2. Argument for "Taxation without Representation"**

By obstructing the judicial process through delays and administrative dismissals, and by denying Petitioner the ability to conduct a business transaction, the Respondents are imposing a form of "taxation without representation". This manifests as the Petitioner, a taxpayer, is denied the basic civil right of access to an impartial legal process, effectively taxing him without providing the corresponding legal and democratic representation warranted by their fiduciary duties and constitutional obligations.

**3. Delays, Laches, and Acquiescence**

The deliberate or negligent failure of the Respondents and the Clerk of the Courts to act on the affidavits, coupled with the deletion of requests for hearings, constitutes significant procedural delays and potentially laches. The passage of time and administrative oversight, which have eroded the opportunity for timely remedy and justice, are indicative of tacit acquiescence to procedural irregularities and possibly unlawful conduct, requiring immediate rectification by this court.

**4. Legal and Ethical Obligations**

Under their sworn oaths of office, fiduciary duties, and as mandated reporters under 22vac30-100-15, the Respondents have a duty to ensure justice and uphold the law impartially and without prejudice. Their failure to fulfill these duties, evidenced by the procedural errors and omissions in this case, highlights a breach of ethical and constitutional responsibilities.

**5. Impact on State and Federal Legal Systems**

The matters at issue involve significant state interests due to the implications for state sovereignty, the administration of justice, and public trust. The involvement of U.S. Attorney and potential overlaps with state jurisdiction raise questions about federal preemption and proper legal procedure. Conflicts of interest and the integrity of the legal process are at stake, necessitating a comprehensive assessment of the conflicts and ensuring that all proceedings are conducted fairly and transparently.

**6. Consumer Protection and Veterans' Rights**

Allegations of fraud, especially those involving veterans' benefits, are of paramount concern to the state, given their impact on state residents and the potential for dual jurisdictional issues. These allegations demand scrutiny under both state and federal laws, including violations of 18 U.S.C. § 1341 and the FTC Act's penalty provisions.

**7. Claim for Relief:**

Petitioner demand: A specialized forensic financial accounting firm be appointed to 'Investigate the Debtor's sources of income, assets, and liabilities: to include but not limited to info@katieporter.com as seen in previous Notarized Affidavits.

   a)  A thorough investigation into the procedural delays, laches, and possible acquiescence by the Respondents.
   b)  Certification of the alleged criminal activities as required by law.
   c)  Restitution for the denied business transaction and the systemic denial of due process.
   d)  Accountability for the Respondents' failure to adhere to their legal, ethical, and constitutional duties.
   e)  Consideration of state and federal overlaps and the implications for state sovereignty and legal procedure.

**SLAVE NARRATIVES**

*A Folk History of Slavery in the United States
From Interviews with Former Slaves*

TYPEWRITTEN RECORDS PREPARED BY
THE FEDERAL WRITERS' PROJECT
1936-1938
ASSEMBLED BY
THE LIBRARY OF CONGRESS PROJECT
WORK PROJECTS ADMINISTRATION
FOR THE DISTRICT OF COLUMBIA
SPONSORED BY THE LIBRARY OF CONGRESS

*Illustrated with Photographs*

WASHINGTON 1941

---

Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction: Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

**OMB Control Number 1610-0001**  **A SECURITY (15 USC)**

LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY

**WRIT OF QUO WARRANTO**

**La Terrence D. Kelley**
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity



The Standing Committee on Lawyer Discipline (COLD) oversees the attorney disciplinary process, including the Virginia State Bar's **investigation and prosecution of complaints.**



Citations: Rule 5.1 - Responsibilities of Partners and Supervisory Lawyers
**Real time Comparison** - AG takes over prosecutor's office, top official resigns amid misconduct probes
AG takes over prosecutor's office, top official resigns amid misconduct probe - nj.com
➤ Virginia Rules of Professional Conduct: Rule 1.7 (Virginia State Bar)
➤ Virginia Rules of Professional Conduct: Rule 1.9 (Virginia State Bar)
➤ ABA Model Rules of Professional Conduct: Rule 1.7 (American Bar Association)
➤ ABA Model Rules of Professional Conduct: Rule 1.9 (American Bar Association)
➤ Fair Hearing and Administrative Justice, enshrined in Article 10 of the Universal Declaration of Human Rights.

**SECTION III. CANONS OF JUDICIAL CONDUCT FOR THE COMMONWEALTH OF VIRGINIA:**
**Real time Comparison** - Little Rock (KATV) — On Thursday, the Arkansas Judicial Discipline & Disability
Commission (JDDC) announced that Seventh Judicial Circuit Judge Chris Williams is resigning. His
resignation is effective Mar. 30, 2024, and will see him removed from the office.
https://wibc.com/249565/madison-county-judge-charged-with-4-counts-of-judicial-misconduct/



➤ Canon 1: A judge shall uphold the integrity and independence of the judiciary.
➤ Canon 2: A judge shall avoid impropriety and the appearance of impropriety in all of the judge's activities.
➤ Canon 3: A judge shall perform the duties of judicial office impartially and diligently.
➤ Canon 4: A judge shall conduct the judge's extrajudicial activities to minimize the risk of conflict.
   with judicial obligations.
➤ Canon 5: A judge or judicial candidate shall refrain from inappropriate political activity.

➤ Article 2. Bar Organization and Government.
➤ § 54.1-3909. Rules and regulations defining practice of law and prescribing procedures for practice of law-by-
   law students, codes of ethics, use of limited liability companies, and disciplinary procedure.
➤ Rule 8.3 - Reporting Misconduct, Va. R. Sup. Ct. 8.3
➤ § 240.151-1 Regulation best interest.
   o   Best interest obligation.
➤ DR:1-102(A)(3); DR:1-103(A).
➤ Va. R. Sup. Ct. 5.1

Re: Freedom of Information Act Demand **Immediate Actions Required: WRIT OF QUO WARRANTO**
**It is imperative to resolve issues of credibility and intent behind the use of taxpayer dollars and resources in facilitating these actions**, especially in relation to
TRANSACTION # 23082500040 and the Court-Ordered Writ of Mandamus, by Clerk of the Courts, FIDUCIARIES, 22VAC30-100-15 mandated reporters, and
Constitutional Officers, in demonstrating their unwavering commitment to the law and to their constituents they serve, particularly in the lead-up to the November 2024
presidential elections and **the unanswered questions to the sworn Oaths and Virginia Employee Code of Ethics taken after Super Tuesday's Elections
(See notarized affidavit dated March 4th, 2024)** in certification of the Electoral Board.

This DEMAND is grounded in the principles established by Marbury v. Madison, which emphasize the crucial role of judicial oversight in maintaining governmental
transparency and accountability. The ongoing disregard for these principles threatens the foundational legal frameworks intended to protect the rights and liberties of
our citizens, especially as we approach the pivotal 2024 Presidential Election AND IN LIGHT OF THE SUPER TUESDAY FAILURES.

**Office of General Counsel**
The mission of the Office of General Counsel (OGC) is to identify and meet the legal needs of the Department of Veterans Affairs (VA). Its primary objective is to
ensure the just and faithful execution of the laws, regulations and policies that the Secretary has responsibility for administering, and by so doing enable the Department
to accomplish its mission of service to our Nation's veterans. Acting General Counsel: Richard J. Hipolit





Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life,
propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction: Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302,
8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

**OMB Control Number 1610-0001**                                    A SECURITY (15 USC)

LA TERRENCE D. KELLEY v. **ALEJANDRO N. MAYORKAS** DEPARTMENT OF HOMELAND SECURITY
**WRIT OF QUO WARRANTO**

**La Terrence D. Kelley**
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity



**KEY CONCERNS AND REQUESTS:** Business Concept, practices and the legal reasoning that is supported by the laws of the Virginia Charters, of Natural Law, **treaties and or International Agreements between sovereign states**, that the Petitioner, the Citizens of Chesapeake, and those residing in the Republic of Virginia, and or the Courts might otherwise not be familiar with, that lawfully allows for a **U.S. ATTORNEY ABER**, who was nominated by President Joseph R. Biden, Jr. Ms. Jessica D. Aber jessica.d.aber@usdoj.gov Chief of the Asset Recovery Unit and Mr. 'Shean, Daniel (USAVAE)' Daniel.Shean@usdoj.gov Offices located at 101 West Main Street, Norfolk, VA 23510 suite 8000, and 2100 Jameison Avenue, Alexandria VA 22314, in their attempted removal of Case No. 550CL2300541700 to the United States District Court of the Eastern District of Virginia, under the purview of The Honorable Jamar Walker, in their defense of ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY, to which she also served as a law clerk for then-Magistrate Judge M. Hannah Lauck on the United States District Court for the Eastern District of Virginia from 2006 to 2007. https://www.judiciary.senate.gov/imo/media/doc/VAE%20-%20Aber%20Senate%20Judiciary%20Comm%20Ques%20(public).pdf

**LEGAL / JUDICIAL REDRESS SYSTEMS**

1. **Explicit Role Explanation:** Please elucidate the specific legal grounds and procedural justification for Ms. Jessica D. Aber's active role in my case, particularly given her significant federal responsibilities and potential overlapping interests.

2. **Legal Joinder Validation**: I respectfully request concrete proof or rationale supporting Ms. Aber's involvement, ensuring adherence to judicial standards, and avoiding any prejudicial treatment.

3. **Comprehensive Conflict Assessment**: The overlap between Ms. Aber's duties and the actions by the Treasury and DHS has introduced potential bias. An in-depth review and transparent communication regarding conflict-of-interest evaluations and resolutions are crucial.



PDF

VAE - Aber Senate Judiciary Comm Ques (public) (1)

4. **Ensured Reasonable Accommodations**: Given these complexities, I advocate for adjustments ensuring my full and fair participation in the legal process. This includes clear, accessible communication and equitable scheduling, among others deemed necessary for procedural fairness.



| REQUEST FOR ADMISSIONS | SUBVERSION OF NLRB | LETTER CHIEF OFPOLICE | DECREE PRO CONFESSO |
| MOTION - SHOW CAUSE | DELAYS, LACHES, & ACQUIESCENCE | JUDICIAL REVIEW (J. WALKER) | ASSUALT - (D. WHITE) |
| MOTION-DEFAULT JUDGEMENT | CEASE AND DESIST LETTER | EMOLUMENTS CLAUSE (J. ABER) | EA 2 JUSTICE (J. WALKER) |



Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction: Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

**OMB Control Number 1610-0001**                                    **A SECURITY (15 USC)**

LA TERRENCE D. KELLEY v. **ALEJANDRO N. MAYORKAS** DEPARTMENT OF HOMELAND SECURITY

**WRIT OF QUO WARRANTO**

**La Terrence D. Kelley**
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity



### ARTICLE 27.  VIOLATION OF TREATY OBLIGATIONS

(a) If a State fails to carry out in good faith its obligations under a treaty, any other party to the treaty, acting within a reasonable time after the failure, may seek from a competent international tribunal or authority a declaration to the effect that the treaty has ceased to be binding upon it in the sense of calling for further performance with respect to such State.

### International Law and Justice

*[small illegible paragraph of text]*

- Convention on the Prevention and Punishment of the Crime of Genocide (1948)
- International Convention on the Elimination of All Forms of Racial Discrimination (1965)
- International Covenant on Civil and Political Rights (1966) †
- International Covenant on Economic, Social and Cultural Rights (1966)
- Convention on the Elimination of All Forms of Discrimination against Women (1979)
- United Nations Convention on the Law of the Sea (1982)
- Convention on the Rights of the Child (1989)
- Comprehensive Nuclear Test Ban Treaty (1996)
- International Convention for the Suppression of the Financing of Terrorism (1999) †
- International Convention for the Suppression of Acts of Nuclear Terrorism (2005) †
- Convention on the Rights of Persons with Disabilities (2006) †
- United Nations Convention on Contracts for the International Carriage of Goods Wholly or Partly by Sea (2008) †
- Optional Protocol to the International Covenant on Economic, Social and Cultural Rights (2008)

**United States Coast Guard FORCECOM**, located at 300 East Main Street Towers, Norfolk Virginia 23510 (Video Footage Refusal of Service) 12:30PM on 11/30/2023 I was denied access, due process and my consumer rights and protections by a LT Butler, Captain Hew and LT from LSC when the petitioner tried to address an email Sent: Sunday, October 22, 2023, 8:53 AM, in regard to his Retirement, Disability and Compensation benefits. **SPII Violations**

a. Solutions & Complaints Division (CG-00H-221)
b. Office of Civilian Human Resources Operations
c. USCG, Office of General Law,
d. Coast Guard ALJ Docketing Center (CG-00J)
e. Retirement and Benefits Service Center
f. Employee Relations Division / Workforce Relations Division (CG-124)
g. Coast Guard Investigative Service (CGIS)
h. Resolutions Services. LLC

**Fernando Galindo Eastern District Court** of Virginia
600 Granby Street, Norfolk, VA 23510 III. CANONS OF JUDICIAL CONDUCT FOR THE COMMONWEALTH OF VIRGINIA

a. The Process Server used in the notice for removal to federal court.
b. Failure to Certify Criminal Activity
c. Notarized Affidavits **Estoppel by Silence** (Request for Admissions, Show Cause, Bill of Particulars, Decree Pro Confesso)

**The Court Alan P. Krasnoff Chesapeake Circuit Court**
307 Albemarle Drive, Chesapeake, VA 23322 (Video Footage Refusal of Service)
III. Canons of Judicial Conduct for The Commonwealth of Virginia

a. Video footage at 307 Albemarle Drive Chesapeake, VA 23322 on 9/28/2023 as described below, in support of the Petitioner's quest to determine the pretext, intent, and legality of the removal actions by Mr. Daniel Shean.
b. Failure to Certify Criminal Activity
c. Notarized Affidavits **Estoppel by Silence** (Request for Admissions, Show Cause, Bill of Particulars, Decree Pro Confesso)
d. Chesapeake Circuit Court 1st   Attempt Veterans' Case Files, Legal Documentation, and Surety Bond Requirements Thursday March 14, 2024, Violation of § 1519. Destruction, alteration, or falsification of records in Federal investigations and bankruptcy
e. Chesapeake Circuit Court 2nd Attempt Veterans' Case Files, Legal Documentation, and Surety Bond Requirements   Monday, April 1, 2024, Violation of § 1519. Destruction, alteration, or falsification of records in Federal investigations and bankruptcy- Use of Emergency Services Sector (ESS) See Video of 5 Police Officers- Intimidation (Threats Duress Coercion under color of law)

**Daniel White, Principal** Deep Creek Central Elementary 2448 Shipyard Road, Chesapeake, VA 23323, **Dr. Cotton Superintendent and Chesapeake School Board** 312 Cedar Rd Chesapeake, VA 23322 (Video Footage Refusal of Service) **Assault on a Minor (5-Year-old Josiah Kelley)**

a. Tawana B. Fortune Supervisor of Student Support
b. Mr. Paul Wilson, Director of Student Support Services
c. Mrs. Jacqueline Tate, Director of Elementary Leadership
d. Dr. Craig Pinello, Director of Department of Exceptional Learning
e. Dr. Brooke S. Rudis, Assistant Director of Student Conduct and Support
f. Dr. Daniel White, Principal, Deep Creek Central Elementary School
g. Mrs. Jane Wieck, Supervisor of Student Conduct

**The Coast Guard's Legal Team and Counsel Offices located at**
101 West Main Street, Norfolk, VA 23510 (Video Footage Refusal of Service)
**Daniel Shean- Citations: Rule 5.1 - Responsibilities of Partners and Supervisory Lawyers**

d. video footage at 307 Albemarle Drive Chesapeake, VA 23322 on 9/28/2023 as described below, in support of the petitioner's quest to determine the pretext, intent, and legality of the removal actions by Mr. Daniel Shean.
e. 2 DOJ front desk staff (intake receptionist and notary (pregnant at time of incident)
f. a 2nd notary called to perform notary duties (Building Notary).
g. Use of Emergency Services Sector (ESS)- Intimidation (Threats Duress Coercion under color of law)

**The Coast Guard's Legal Team and Counsel Offices located at**
2100 Jamieson Avenue, Alexandria VA 22314
**Jessica Aber- Citations: Rule 5.1 - Responsibilities of Partners and Supervisory Lawyers**

a. The Process Server used in the notice for removal to federal court.
b. Fae- Call entered and noted at 4:12PM  10/20/2023 (Who replied You Got me- When asked, if the emails are being deleted before they are being read, how could the U. S. Attorney's Office possibly address the pertinent information, or relevant and material matter?)
c. Use of Emergency Services Sector (ESS)- Intimidation (Threats Duress Coercion under color of law)

**The Honorable Jamar Walker Eastern District Court** of Virginia
600 Granby Street, Norfolk, VA 23510 Section III. Canons Of Judicial Conduct for The Commonwealth of Virginia

a. The Process Server used in the notice for removal to federal court.
b. Failure to Certify Criminal Activity
c. Notarized Affidavits **Estoppel by Silence** (Request for Admissions, Show Cause, Bill of Particulars, Decree Pro Confesso)
d. Use of Emergency Services Sector (ESS)- Intimidation (Threats Duress Coercion under color of law)

**U.S. Marshal's Office for the Eastern District of Virginia**, located at 300 East Main Street Towers, Norfolk Virginia 23510
Emergency Services Sector (ESS)- Intimidation (Threats Duress Coercion under color of law)



Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction: Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

**OMB Control Number 1610-0001**                                        **A SECURITY (15 USC)**

LA TERRENCE D. KELLEY v. **ALEJANDRO N. MAYORKAS** DEPARTMENT OF HOMELAND SECURITY
**WRIT OF QUO WARRANTO**

**La Terrence D. Kelley**
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity



VETERANS BACKING VETERANS

The Consumer Protection Branch prosecutors have relied, with great success, on several criminal statutes that carry robust penalties in addressing theft of veterans benefits and schemes to defraud service members. These statutes include mail or wire fraud,[1] theft of government funds,[2] aggravated identity theft,[3] access device fraud,[4] and computer fraud, 5 among a host of others.[1]18 U.S.C. §§ 1341, 1343.  [2]18 U.S.C. § 641.  [3]18 U.S.C. § 1029A.  [4]18 U.S.C. § 1029. [5]18 U.S.C. §1030.

RE: SPOLIATION NOTICE Jerald Travis Badge #3281 Rule 4:1 addresses the rules of discovery, and Rule 4:12 addresses the consequences of a party's f...

Terry Kelley                                                                    Reply   Reply All   Forward
VB   To  Mayor, (berysacfdelivery.com, JS(VA)-USA(TT), CCClerk(cityofthecoastline, mail(@)高lgov, Vesheekhakilsec@mil,
         trecordig.com; Milt/face.treasury.gov; oversee(cs.security.gov
         Cc  La Terrence Kelley, Joe P (TSA), virginia-e assis.org.mil; mvo-vs.coastofbase.mil.servicemember.s.ill.org.gov
         veterans.service@a.dhs.mil; virginia-clearate.gov.mail; assistellabor.gov.org by TSY, XG Customer Care@.org.mil
     You replied to this message on 11/21/2022 6:27 AM

     Request for Admissions pdf
     253 KB

Good Mayor Alexander,

This email is to notify all FIDUCIARIES, Mandated reporters, AND CONSTITUTIONAL OFFICERS acting in their personal and professional capacities and operating under the authority and provisions of The City of Norfolk Charter, of their duties and responsibilities to their constituents and to serving the public interests, free from agency policies, and exacerbated barriers to full and equal participation and access to justice.

Mr. Mayor, I would like to respectfully bring to your attention, that your constituents are concerned about the integrity, reputation, and the lack accountability of the OMB Funded institutions and the FIDUCIARIES, Mandated reporters, AND CONSTITUTIONAL OFFICERS acting in their personal and professional capacities, charged with upholding the codified laws of the United States and Virginia Constitution and the Virginia State Charters.

Request an immediate investigation and charges brought forth in accordance with the 67 Titles of The Code of Virginia.

**RELIEF SOUGHT: WITHIN 3 DAYS OF THE DATE OF THIS WRIT OF QUO WARRANTO** Adherence to THE PARENTORY NORM INTERNATIONAL LAWS and ERGA OMNES OBLIGATIONS: The case's proceedings must reflect the foundational principles of PARENTORY NORM INTERNATIONAL LAWS and ERGA OMNES OBLIGATIONS, honoring the inherent rights and dignity afforded to every individual, and ensuring equitable treatment under GOD'S KINDOM.

Compliance with Treaties, Virginia Charters, and International Agreements: It is imperative that actions taken align with established treaties, the principles set forth in Virginia charters, and relevant international agreements, particularly those addressing "Breach of the Peace" and ensuring "Ubi jus ibi remedium" – where there is a right, there must be a remedy.

1) Response to each and every specific Allegations: Self-authenticating evidence under Federal Rules of Evidence 902(6), and Authenticity and Credibility: Notarized affidavits are self-authenticating under Federal Rule of Evidence 902(8), which should have streamlined their acceptance in court as legitimate evidence without further validation, highlighting the recognized nature of their misconduct.

   The petitioner has raised several significant allegations, including unlawful actions by the Clerk of the Courts, FIDUCIARIES, 22VAC30-100-15 mandated reporters, Constitutional Officers, and elected officials in demonstrating unwavering commitment to the law and to the constituents they serve, particularly in the lead-up to the SUPER TUESDAY ELECTIONS, and other legal provisions outlined in previous communications. In light of these serious claims, I request a detailed response addressing each specific allegation, in each Notarized Affidavit as per ROSEBORO NOTICE.

2) Demand all records be produced IAW Rule 901 – Authenticating or Identifying Evidence and make the REQUIRED MANDATORY JUDICIAL NOTICE OF JUDICATIVE COGNIZANCE PURSUANT TO RULES OF EVIDENCE 1. RULE ER 201, 302, 603. 608, 703, 901 and 1002 that demonstrates that the Agency has Authority, the proper credentials and did not fail in their ethical and legal obligations to mitigate damages, injuries or loss of credibility, reputation, consumer confidence and integrity, economic or otherwise to the petitioner La Terrence D. Kelley; And to mitigate damages, injuries or loss of credibility, reputation, consumer confidence and integrity, economic or otherwise to all persons that filed a complaint and or complaints through the offices named above, that are required to be notified and their cases subjected to a judicial review and or re-trial; And to mitigate damages, injuries or loss of credibility, reputation, consumer confidence and integrity, economic or otherwise to the 20+ million disenfranchised veterans and servicemembers.

3) Identify all material issues of fact and law, summarize the evidence, resolve issues of credibility with the Statutory Construction and Interpretation of PARENTORY NORM INTERNATIONAL LAWS and ERGA OMNES OBLIGATIONS: and but not limited to the failures of legal and ethical obligations and unlawful actions, as memorialized in self-authenticating evidence under Federal Rules of Evidence 902(6), and Authenticity and Credibility: Notarized affidavits are self-authenticating under Federal Rule of Evidence 902(8), which should have streamlined their acceptance in court as legitimate evidence without further validation, highlighting the recognized nature of their misconduct, in the Petitioners claims in association with TRANSACTION # 23082500040 RECEIPT #23000011316 COURT ORDERED WRIT OF MANDAMUS WM-049 Transaction # 23082500040 Receipt #23000011316 formal notice Case No. 550CL2300541700

4) Identify all decision maker's conclusions of the Statutory Construction and Interpretation of law and their records of legal reasoning and analysis, as well as the authorities on which that reasoning rests, summarize the evidence, and resolve Agency issues of credibility in regards to the evidence, witnesses, charge(s), claim(s) and instrument(s) for violation(s) of all charge(s), claim(s) instruments and laws of the PARENTORY NORM INTERNATIONAL LAWS and ERGA OMNES OBLIGATIONS: that demonstrates that the Agency Redress Systems and those of this Honorable Court mentioned here and or found in discovery; that demonstrates that the Agency Redress Systems and those of this Honorable Court.

---

**EQ top**                                    Subscribe    Sign In

### Virginia Beach charter change

Both the House and Senate rejected Youngkin's proposed amendment to a charter change for the city of Virginia Beach, with one of the measure's sponsors saying the governor is trying to interfere with the city's self-governance. The state's most populous city changed its method for electing city council members in 2022, switching from candidates running for citywide, at-large seats to a system of 10 districts and one at-large mayor. The new plan produced the most diverse city council in Virginia Beach's history.

---

Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction: Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

**OMB Control Number 1610-0001**      **A SECURITY (15 USC)**

LA TERRENCE D. KELLEY v. **ALEJANDRO N. MAYORKAS** DEPARTMENT OF HOMELAND SECURITY
**WRIT OF QUO WARRANTO**

**La Terrence D. Kelley**
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity



**Ramifications of Non-compliance: Certification of Class Action HS-USCG-01826-2023**

- Failure to reaffirm the oath of office and produce required disclosures will have legal and reputational consequences and will call into question the legitimacy of the officers' actions and decisions made while in office, potentially leading to challenges or investigations.

- Internationally, such non-compliance could undermine trust in the integrity of governance and adherence to legal and ethical standards, affecting diplomatic relations and the perception of the jurisdiction's commitment to Peace, International Law and Justice https://www.un.org/en/global-issues/international-law-and-justice , Natural law, treaties and International Agreements between sovereign states (or between states and international organizations) governed by international law(s).



§ 2.2-435.12. Director of Diversity, Equity, and Inclusion; duties.
The position of Director of Diversity, Equity, and Inclusion (the Director) is created. The Director shall be appointed by the Governor. The Director shall (i) develop a sustainable framework to promote inclusive practices across state government; (ii) implement a measurable, strategic plan to address systemic inequities in state government practices; and (iii) facilitate methods to turn feedback and suggestions from state employees, external stakeholders, and community leaders into concrete equity policy.

**Official Notification of Intent to Sue** Youngkin over "**Taxation without Representation**", concerns about equity in state government. **High Crimes and** Misdemeanors Against Humanity- Delays, Laches, and Acquiescence in answering to the violations of Customary International Laws, as seen in the Petitioners notarized affidavits and to include but not limited to the following: "Investigation" that shall mean the process by which the Commission investigates all charges coming before it pursuant to Va. Code § 17.1-902 as to the Delays, Laches, and Acquiescence in answering to the violations of Customary International Laws

States such as the **Republic of Virginia (See Letter to Mayor Alexander as seen above),** may choose to not abide by international law, and even to breach a treaty but such violations, particularly of peremptory norms, can be met with disapproval by others and in some cases coercive action ranging from diplomatic and economic sanctions to war.

Any submission shall be produced with the details showing the originator details and author and creation date, and all true and accurate depictions of those documents'

Given the seriousness of these transgressions, the petitioner demands the notarized resignations from each FIDUCIARIES, 22VAC30-100-15 mandated reporters, and or Constitutional Officers that fails to produce said legal documents as named in correspondence as it relates to or in association with TRANSACTION # 23082500040 RECEIPT #23000011316 COURT ORDERED WRIT OF MANDAMUS WM-049 Transaction # 23082500040 Receipt #23000011316 formal notice Case No. 550CL2300541700.

**What Happened to My Payment?**

The U. S. Department of the Treasury Bureau of the Fiscal Service (Fiscal Service) applied all or part of your payment to delinquent debt that you owe. This action is authorized by federal law. Below is your payment information.

Payment From Internal Revenue Service
    Payee Name KELLEY LATERRENCE D & AMY M     Payment Date 02/28/24
    Original Payment $3396.00     Payment Type EFT

**Who Do I Owe?**

We applied your payment to debt that you owe to the following agency.

USDA-NFC                TOP Trace Number 197741541
CLAIMS SERVICES SECTION NFC-OCFO     Account # 235760NEF94
FEDERAL OFFSET PROGRAM           Applied To This Debt $3396.00
PO BOX 61770                     Type of Debt Non-Tax Federal Debt
NEW ORLEANS     LA 70161
855-632-4468

'incoming.disputes@fiscal.treasury.gov'

1. Referring the matter to relevant disciplinary authorities or oversight bodies for further investigation and action, as warranted by the severity of the offense in light of all known revelations, and due to the lack of accountability thus far, it is imperative and demanded that any future attempts at the representation of the Coast Guard by the DOJ and the Eastern District Court of Virginia be dismissed with prejudice or Referring the matter to a competent international tribunal for violations of Article 27. Violation of Treaty Obligations, to which the Petitioner will decide the competent international tribunal to which the case to be adjudicated and investigated.

    A. Fourth Amendment of the U.S. Constitution:
    B. Civil Asset Forfeiture Laws:
    C. Federal RICO Act (Racketeer Influenced and Corrupt Organizations Act):
    D. Court Orders and Injunctions:

Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction: Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

**OMB Control Number 1610-0001**                                                      A SECURITY (15 USC)

LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY
## WRIT OF QUO WARRANTO

**La Terrence D. Kelley**
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity



Taxation without Representation", concerns about equity in state government. High Crimes and Misdemeanors Against Humanity- Urgent Requirement for Writ of Execution to Enforce Compliance on Writ of Mandamus and Immediate Investigation for High Crimes and Misdemeanors In WM-049 Transaction # 23082500040 Receipt #23000011316 Formal Notice Case No. 550CL2300541700 and to file a formal complaint and press criminal charges in the interest of justice and on behalf of the 20+ million disenfranchised veterans and servicemembers. Rule 23(a) is satisfied.

SECOND SUPPLEMENTAL AND AMENDED PETITION FOR WRIT OF QUO WARRANTO

La Terrence D. Kelley, Petitioner, submits this second supplemental and amended petition in the ongoing action for a writ of quo warranto against as named in Affidavits, now further addressing allegations of High Crimes and Misdemeanors Against Humanity, based on the procedural misconduct and violation of constitutional rights previously cited, and further integrating these with the gravity of the offenses suggested by their nature and impact.

1. Introduction

This petition asserts compounded grievances against the Respondent(s) that not only violate procedural and constitutional norms but also rise to the level of High Crimes and Misdemeanors Against Humanity. These include the systemic denial of due process, obstruction of justice, and egregious failures in upholding the duties of office, which collectively undermine the rule of law and violate human rights standards.

2. High Crimes and Misdemeanors Against Humanity

The concept of High Crimes and Misdemeanors Against Humanity involves actions by government officials that seriously undermine the integrity of the office they hold, betray public trust, or cause significant harm to the society they are supposed to serve. In this context, the Respondents' actions—or lack thereof—constitute such crimes by:

   a.   Systematically denying access to legal remedies, effectively stripping the petitioner and similarly situated citizens of their legal rights and access to justice.
   b.   Engaging in or acquiescing to procedural delays and laches that impede the timely administration of justice, exacerbating the denial of rights under the guise of bureaucratic inefficiency or oversight.
   c.   Failing to act upon credible allegations of criminal activity within the mandated timeframes, which in turn protects wrongdoers and undermines public confidence in the legal and judicial systems.

3. Legal and Ethical Obligations Exacerbated

Given the gravity of the allegations, the legal and ethical obligations of the Respondents are even more critical. Their sworn oaths of office, coupled with their fiduciary and mandated reporter duties, underscore a heightened responsibility to adhere to the highest standards of legal and moral conduct, which they have evidently failed to meet.

4. Claim for Relief

In light of the above, Petitioner requests:

Immediate issuance of a writ of quo warranto to examine and terminate the Respondents' authority to hold office. A comprehensive judicial inquiry into the alleged High Crimes and Misdemeanors Against Humanity. Appropriate penalties and restitution for the harms caused by these breaches of duty. Orders for corrective action to restore public trust and ensure compliance with legal and ethical standards moving forward.

WHEREFORE, Petitioner respectfully urges this Court to grant the writ of quo warranto and provide other judicial remedies as necessary to address the severity and breadth of the violations outlined herein.

Respectfully submitted,                          Request for Admissions in accordance with the Virginia Rules of Supreme Court, Rule 4:11 The Honorable Alejandro Mayorkas, incoming.disputes@fis...

La Terrence D. Kelley

Petitioner pro se



Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction: Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

**OMB Control Number 1610-0001**                                                                 **A SECURITY (15 USC)**

LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY

## WRIT OF QUO WARRANTO

La Terrence D. Kelley
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity



VETERANS DACHING VETERANS

**RELIEF SOUGHT: IMPOSING SANCTIONS FOR Taxation without Representation", concerns about equity in state government. CRIMES ON HUMANITY – The Petitioner**

**LEGAL MAXIM IS UBI JUS IBI REMEDIUM:** Hold the City of Chesapeake, Commonwealth of Virginia, Treasury, DHS and DOJ accountable- Ensuring 9VAC25-650-100. Surety bond in the swift and equitable redress and immediate release of all known and unknown assets, monies, land, bonds, property-through seizure or otherwise for La Terrence D. Kelley D18834995, addressing his grievances within the broader context of systemic reforms needed to protect the rights and dignities of all veterans and service members, along with their families that have been injured and damaged by the cities of Chesapeake and Norfolk, and or by the Department of Justice, and the Department of Homeland Security, and impose severe penalties on the defense, as determined by the people, including fines or other punitive measures, to deter future misconduct and ensure compliance with court orders and legal requirements.

1) A declaration by order of Publication that every individual within the territorial jurisdiction of the Republic of Virginia is entitled to the internationally recognized human rights enshrined in the Universal Declaration of Human Rights; the International Covenant on Civil and Political Rights; the Body of Principles for the protection of all persons under any form of detention or imprisonment; and the European Convention on Human Rights and or African Charter on Human and Peoples' Rights.

2) A declaration by order of Publication that the Public Servants of the Sovereign Nation of Virgina has an obligation to respect, protect and fulfil within the territorial jurisdiction of the Republic of Virginia the internationally recognized human rights of every individual enshrined in the Universal Declaration of Human Rights; the International Covenant on Civil and Political Rights; the Body of Principles for the protection of all persons under any form of detention or imprisonment and the International human rights instruments are the treaties and other international texts that serve as legal sources for international human rights law and the protection of human rights in general.[1]

3) A declaration by order of Publication announcing each person(s) who violated the Applicant's rights to fair hearing and administrative justice, enshrined in Article 10 of the Universal Declaration of Human Rights; Articles 5(2); and 14(1) of the International Covenant on Civil and Political Rights; and Article 7(1)(a) of the African Charter on Human and Peoples' Rights, the European Convention on Human Rights and or African Charter on Human and Peoples' Rights.

1) A declaration by order of Publication announcing each person(s) who violated the Applicant's rights to equality before the law and freedom from discrimination enshrined in Articles 2 and 7 of the Universal Declaration of Human Rights; Articles 2; 14(1); and 26 of the International Covenant on Civil and Political Rights; and Articles 2 and 3 of the African Charter on Human and Peoples' Rights, the European Convention on Human Rights and or African Charter on Human and Peoples' Rights.

2) A declaration by order of Publication announcing each person(s) that has violated the Applicant's rights to freedom of movement enshrined in Article 13 of the Universal Declaration of Human Rights; Article 11 of the International Covenant on Civil and Political Rights; and Article 12 of the African Charter on Human and Peoples' Rights.

3) An order directed at THE AGENT(s) AND THE PRINCIPAL(s) and to the Fiduciaries, 22vac30-100-15. Mandated Reporters, Constitutional Officers, City Employees and Elected officials, otherwise known as public servants, who are personally liable under: 42 U.S. Code § 1983 - Civil action for deprivation of rights, to include but not limited to under the color of law - included, and as mentioned in this email and in Notarized Affidavits and or having knowledge of or have participated in any unlawful actions in regard to WM-049 Transaction # 23082500040 Receipt #23000011316 Formal Notice Case No. 550CL2300541700, failure to cure, failure to provide Surety Bond Requirements, Upholding Justice and Transparency ahead of the TUESDAY ELECTIONS, and other legal provisions outlined in previous communications. In light of these serious claims of "BREACH OF THE PEACE", to pay compensatory damages of the amount due, shown in Notarized Affidavits of the equivalent sum of Fifty-Seven Million United States dollars (USD 57.000.000.00) to the applicant who is a victim of human rights violations and other crimes as described in the petitioner's affidavits, to which the defense was Acquiescence in answering to the violations of Customary International Laws.

4) Costs including legal fees on a full indemnity basis.

5) Any other order(s) or direction(s) as the Court deems appropriate for giving effect to or enabling effect to be given to the declarations made herein.

6) **Utilization for Writ of Execution:** The self-authenticated Writ of Mandamus evidence under Rule 2:902 is enough to grant the petitioner's request for the issuance of a writ of execution. This legal document would direct law enforcement, particularly the sheriff's office, to enforce judgments against the implicated parties, ensuring the petitioner and affected citizens are made whole.

7) **National Security Letters (NSLs) Comprehensive Accountability and Legal Redress:** Implement stringent accountability measures, ensuring that all entities and individuals complicit in perpetuating these injustices face appropriate disciplinary and legal actions. The application of National Security Letters (NSLs) and the rigorous enforcement of legal statutes under Chapter 18 should be pursued without reservation, upholding the principles of justice and accountability.

Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction: Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

**OMB Control Number 1610-0001**                                    **A SECURITY (15 USC)**

LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY
**WRIT OF QUO WARRANTO**

**La Terrence D. Kelley**
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity



**RELIEF SOUGHT: IMPOSING SANCTIONS FOR "Taxation without Representation", concerns about equity in state government. CRIMES ON HUMANITY - 20+ million Veterans and Servicemembers**

**LEGAL MAXIM IS UBI JUS IBI REMEDIUM:** Hold the City of Chesapeake, Commonwealth of Virginia, Treasury, DHS and DOJ accountable- Ensuring 9VAC25-650-100. Surety bond in the swift and equitable redress and immediate release of all known and unknown assets, monies, land, bonds, property-through seizure or otherwise on behalf ad in the interest of Justice for the 20+ million Veterans and Servicemembers, addressing their grievances within the broader context of systemic reforms needed to protect the rights and dignities of all veterans and service members, along with their families that have been injured and damaged by the cities of Chesapeake and Norfolk, and or by the Department of Justice, and the Department of Homeland Security, and impose severe penalties on the defense, as determined by the people, including fines or other punitive measures, to deter future misconduct and ensure compliance with court orders and legal requirements.



Code of Virginia

**§ 18.2-178. Obtaining money or signature, etc., by false pretense.**

A. If any person obtain, by any false pretense or token, from any person, with intent to defraud, money, a gift certificate or other property that may be the subject of larceny, he shall be deemed guilty of larceny thereof; or if he obtain, by any false pretense or token, with such intent, the signature of any person to a writing, the false making whereof would be forgery, he shall be guilty of a Class 4 felony.

B. Venue for the trial of any person charged with an offense under this section may be in the county or city in which it any act was performed in furtherance of the offense, or in the person charged with the offense resided at the time of the offense.

Code 1950, § 18.1-118; 1960, c. 358; 1975, cc. 14, 15; 2001, c. 1; 2006, c. 3.1

1) A declaration by order of Publication announcing each person(s) who violated the Applicant's rights to equality before the law and freedom from discrimination enshrined in Articles 2 and 7 of the Universal Declaration of Human Rights; Articles 2; 14(1); and 26 of the International Covenant on Civil and Political Rights; and Articles 2 and 3 of the African Charter on Human and Peoples' Rights, the European Convention on Human Rights and or African Charter on Human and Peoples' Rights.

2) A declaration by order of Publication announcing each person(s) that has violated the Applicant's rights to freedom of movement enshrined in Article 13 of the Universal Declaration of Human Rights; Article 11 of the International Covenant on Civil and Political Rights; and Article 12 of the African Charter on Human and Peoples' Rights.

3) An order directed at **THE AGENT(s) AND THE PRINCIPAL(s)** and to the Fiduciaries, 22vac30-100-15. Mandated Reporters, Constitutional Officers, City Employees and Elected officials, otherwise known as public servants, who are personally liable under: 42 U.S. Code § 1983 - Civil action for deprivation of rights, to include but not limited to under the color of law - included, and as mentioned in this email and in Notarized Affidavits and or having knowledge of or have participated in any unlawful actions in regard to WM-049 Transaction # 23082500040 Receipt #23000011316 Formal Notice Case No. 550CL2300541700, failure to cure, failure to provide Surety Bond Requirements, Upholding Justice and Transparency ahead of the **TUESDAY ELECTIONS**, and other legal provisions outlined in previous communications. In light of these serious claims of "BREACH OF THE PEACE", to pay compensatory damages of the amount due, shown in Notarized Affidavits of the equivalent sum of Fifty-Seven Million United States dollars (USD 57,000,000.00) **and or $242 Million as seen above,** times the number of applicants and or Aggrieved Parties (AP) or **numbers per year, times the number of years of unlawfulness, in the area of interest (as seen to the right),** who may have claim as a victim of these human rights violations and other crimes as described in the petitioner's affidavits, to which the defense was Acquiescence in answering to the violations of Customary International Laws.



4) Costs including legal fees on a full indemnity basis.

5) Any other order(s) or direction(s) as the Court deems appropriate for giving effect to or enabling effect to be given to the declarations made herein.

6) **Utilization for Writ of Execution:** The self-authenticated Writ of Mandamus evidence under Rule 2:902 is enough to grant the petitioner's request for the issuance of a writ of execution. This legal document would direct law enforcement, particularly the sheriff's office, to enforce judgments against the implicated parties, ensuring the petitioner and affected citizens are made whole.

7) **National Security Letters (NSLs)** Comprehensive Accountability and Legal Redress: Implement stringent accountability measures, ensuring that all entities and individuals complicit in perpetuating these injustices face appropriate disciplinary and legal actions. The application of National Security Letters (NSLs) and the rigorous enforcement of legal statutes under Chapter 18 should be pursued without reservation, upholding the principles of justice and accountability.

Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction: Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

**OMB Control Number 1610-0001**                                                    A SECURITY (15 USC)

LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY
**WRIT OF QUO WARRANTO**

La Terrence D. Kelley
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity



VETERANS EROM EA VETERANS

**Search and Seizures of all evidence and property** as name in the spoilation notice, and Seizure all assets, equity, property, resources, and the freezing of all lines of accounting (LOA) from those institutions named, whether directly or indirectly involved with unlawful activity, including the Offices in the cities and State of Virginia and those officials under the purview of the Virginia General Assembly, due to multiple failures by city officials confirming, authenticating, and verifying their commitment to the legal and ethical obligations of their position, duties and responsibilities, organization and to the international agreements, International Law and Justice https://www.un.org/en/global-issues/international-law-and-justice , Natural law, treaties and International Agreements between sovereign states (or between states and international organizations) governed by international law(s) and or in accordance with the laws of the Commonwealth Virginia, Virginia Charters and or the Republic of Virginia, before the SUPER TUESDAY ELECTIONS and or the 2024 Presidential Elections, until LEGAL MAXIM IS UBI JUS IBI REMEDIUM is satisfied.

**REQUESTING THE IMMEDIATE RESIGNATION AND OR ARREST** of any FIDUCIARIES, 22VAC30-100-15 mandated reporters, Constitutional Officers and or Elected Official that fails, and or has failed to produce said legal documents and confirming, authenticating, and verifying their commitment to the legal and ethical obligations of their position, duties and responsibilities, organization and to the international agreements, International Law and Justice https://www.un.org/en/global-issues/international-law-and-justice , Natural law, treaties and International Agreements between sovereign states (or between states and international organizations) governed by international law(s) and or in accordance with the laws of the Commonwealth of Virginia, Virginia Charters and or the Republic of Virginia, before the SUPER TUESDAY ELECTIONS and or the 2024 Presidential Elections.

Requesting the immediate resignation or arrest of any The ESS Employees which includes geographically distributed facilities and equipment in both paid and volunteer capacities organized primarily at the federal, state, local, tribal, and territorial levels of government, such as city police departments and fire stations, county sheriff's offices, Department of Defense police and fire departments, and town public works departments. The ESS also includes private sector resources, such as industrial fire departments, private security organizations, and private emergency medical services providers that fails, and or has failed to produce said legal documents and confirming, authenticating, and verifying their commitment to the legal and ethical obligations of their position, duties and responsibilities, organization and to the international agreements, International Law and Justice https://www.un.org/en/global-issues/international-law-and-justice , Natural law, treaties and International Agreements between sovereign states (or between states and international organizations) governed by international law(s) and or in accordance with the laws of the Virginia, Virginia Charters and or the Republic of Virginia, before the SUPER TUESDAY ELECTIONS and or the 2024 Presidential Elections.

Initiate proceedings for the disbarment, ouster or expulsion of the defense attorneys and judges from the legal profession based on their failure to uphold ethical and legal standards, Judicial canons, and protect the integrity and credibility of the judicial system and demonstrate and exhibit competence in the representation of their Office and or position, their clients, and the public trust to the community.

**Real time Comparison** - AG takes over prosecutor's office, top official resigns amid misconduct probes.
AG takes over prosecutor's office, top official resigns amid misconduct probe - nj.com

**Real time Comparison** - Little Rock (KATV) — On Thursday, the Arkansas Judicial Discipline & Disability Commission (JDDC) announced that Seventh Judicial Circuit Judge Chris Williams is resigning. His resignation is effective Mar. 30, 2024, and will see him removed from the office.
https://wlbc.com/249565/madison-county-judge-charged-with-4-counts-of-judicial-misconduct/

**Real time Comparison** - Corrupt Orange County IDA Officials Ordered to Repay Over $1 Million
Comptroller DiNapoli and District Attorney Hoovler Release Report Examining Corruption and Negligence at the IDA
https://www.osc.ny.gov/press/releases/2021/09/corrupt-orange-county-ida-officials-ordered-repay-over-1-million

Referring the matter to relevant disciplinary authorities or oversight bodies for further investigation and action, as warranted by the severity of the offense in light of all known revelations, and due to the lack of accountability thus far, it is imperative and demanded that any future attempts at the representation of the Coast Guard by the DOJ and the Eastern District Court of Virginia be dismissed with prejudice or Referring the matter to a competent international tribunal for violations of Article 27. Violation of Treaty Obligations, to which the Petitioner will decide the competent international tribunal to which the case to be adjudicated and investigated.
Systemic Legal and Ethical Rectification: A rigorous, transparent investigation into the systemic failings identified, ensuring all involved parties and entities are held to account and that the rule of law is upheld, directly impacting the broader veteran and service member community.

Comprehensive CGIS and Institutional Accountability: A detailed examination and overhaul of the CGIS and related institutions to address failures in preventing, investigating, and resolving incidents of misconduct. Such actions directly influence the trust and safety of our veterans, service members, and their families.

**Enhanced Protections for Veterans and Service Members:** Recognize and actively address the far-reaching consequences of institutional failures on the safety, well-being, and access to justice for veterans, service members, and their families, ensuring initiatives like the EEOC, MSPB, Safe-to-Report Act and Servicemembers and Veterans Initatives by the DHS, DOJ, and the employment and legal redress systems are in fact credible, and as advertised and marketed to consumers, considering all known above.

National Commitment to Military Families: Advocate for systemic reforms and enact measures that reflect a national commitment to the welfare and justice for all military families, honoring their sacrifices by ensuring a responsive, fair, and equitable legal system.

Prompt Federal and State-Level Independent Investigation: An exhaustive and impartial investigation into the reported unethical practices and systemic injustices must be initiated immediately. This investigation should be spearheaded by a body independent of the implicated entities to ensure objectivity and credibility, aiming to unearth the truth and instigate necessary legal and ethical rectification.

Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction: Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

**OMB Control Number 1610-0001**  A SECURITY (15 USC)

LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY

**WRIT OF QUO WARRANTO**

**La Terrence D. Kelley**
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity



Declaration of State of Emergency: I urge the body sovereign to of the Republic of Virginia to **Petition Lieutenant Governor, Winsome Earle-Sears** or elected officials of the Virginia Beach Circuit Court 2nd Judicial Circuit of Virginia Clerk of the Court the Honorable Tina E. Sinnen email: TSinnen@vacourts.gov, Director, Internal Affairs Division, Federal Trade Commission, Financial Crimes Enforcement Network and Judicial Inquiry and Review Commissionto employ your authoritative influence to implore the Governor of Virginia to declare a State of Emergency. This critical measure is warranted to address the magnitude of the crisis at hand, facilitating rapid and effective responses to rectify the ongoing injustices faced by our veterans and service members.

Immediate Support and Advocacy for Affected Veterans: Establish and enact robust support systems for the veterans and service members adversely impacted by these failures. These systems must provide holistic assistance, encompassing legal, financial, and psychological support to ensure comprehensive redress and rehabilitation.

**1. Motion to Compel Compliance**
   A. Purpose: This motion asks the court to enforce its previous order (in this case, the Writ of Mandamus), compelling the defendant or respondent to perform the mandated action.
   B. Basis: Typically used when a party has not complied with a specific court order, and there's a need to prompt action.
   C. Outcome: If granted, the court will issue an order that explicitly requires the defendant to comply by a set deadline or face penalties such as fines or other sanctions.

**2. Motion for Contempt**
   A. Purpose: To charge the non-compliant party with contempt of court for failing to obey the court's orders. This can be civil (to compel action) or criminal (to punish non-compliance).
   B. Process: The motion must outline the ways in which the opposing party has failed to comply with the court order, showing willful disobedience.
   C. Outcome: Successful motions can lead to penalties including fines, jail time (for criminal contempt), or other measures designed to enforce compliance.

**3. Motion for Sanctions**
   A. Purpose: Seeks to penalize the other party for non-compliance or for failing to act in good faith.
   B. Legal Framework: Under rules like Federal Rule of Civil Procedure 11 or equivalent state rules, which penalize parties for misconduct including failure to follow court orders.
   C. Outcome: Can result in various penalties against the non-compliant party, including fines or an order to pay the moving party's attorney fees.

**4. Motion for Show Cause**
   A. Purpose: Requests the court to order the non-compliant party to appear and explain why they have not followed the court's order.
   B. Process: The court issues a show cause order, and the non-compliant party must appear in court to provide a reason for their non-compliance.
   C. Outcome: Depending on the explanation and the court's decision, further actions may be prescribed to ensure compliance.

**5. Motion to Enforce Settlement**
   A. Purpose: Used if the Writ of Mandamus was part of a settlement agreement that the other party is now violating.
   B. Basis: Enforces the terms of a settlement legally bound by court order or agreement.
   C. Outcome: The court can enforce the settlement terms, adjusting the obligations or imposing penalties for non-compliance.

**6. Motion for Judicial Supervision**
   A. Purpose: Requests ongoing judicial oversight to ensure that the terms of the court order are implemented properly over time.
   B. Use Case: Useful in complex cases where compliance requires continuous actions or oversight.
   C. Outcome: Establishes a framework for regular reporting to the court and potential judicial intervention if compliance fails.

**7. Emergency Motion for Enforcement**
   A. Purpose: Used in urgent situations where immediate action is required to prevent irreparable harm or to address issues that require swift resolution.
   B. Process: This motion prioritizes the court's attention and expedites its handling.
   C. Outcome: Aimed at getting an immediate court order to enforce compliance or address urgent matters.

RE  Combat Related Special Compensation (CRSC) application  CRSC  Police  CGIS  Rep



*Captain Benson *Captain Saunder

The persons listed in the image above, and **"RAMON-AYALA-HERDIA, "CAPTAIN BENSON, "CAPTAIN SAUNDERS, COR DAVID OTANI** engaged in any unlawful actions as determined by the Statutory Construction and Interpretation of law and their records of legal reasoning and analysis, as well as the authorities on which that reasoning rests in the System of Records Notice filed JUSTICE/CRT : 001, "Central Civil Rights Division Index Fair and Associated Records". 68 Fed. Reg. 47610, 611 (8 11 2003). 70 Fed. Reg. 43904 (7 29 2005). 72 Fed. Reg. 3410 (1 25 2007) (rescinded by 82 FR 24147), 82 Fed. Reg. 24147 (5 25 2017) and violations of sections 1031 and 1036 of the Consumer Financial Protection Act of 2010 ("CFPA").

Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction: Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

OMB Control Number 1610-0001                                                            A SECURITY (15 USC)

LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY
**WRIT OF QUO WARRANTO**

**La Terrence D. Kelley**
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity



VETERANS BACKING VETERANS

Critical Points of Action and Review:
§ 63.2-1603. Protection of adults; definitions.

1. **Financial Exploitation of Vulnerable Adults (Virginia Code § 18.2-178.1):** This statute likely defines and penalizes the financial exploitation of vulnerable adults, which can include disabled veterans. The law typically makes it illegal for anyone who knows or should know that a person is a vulnerable adult to exploit them financially.
2. **Adult Protective Services (Virginia Code § 63.2-1606):** This code outlines the responsibilities of Adult Protective Services, including the protection of aged or incapacitated adults from abuse, neglect, or exploitation. Disabled veterans falling into these categories would be protected under this statute.
3. **Abuse and Neglect of Vulnerable Adults (Virginia Code § 18.2-369):** This statute defines the abuse and neglect of vulnerable adults, setting forth penalties for violations. It aims to protect individuals who cannot protect themselves due to physical or mental impairments.

   1) Writ of Execution for Compliance Enforcement: Immediate action is required under Virginia Code §§ 8.01-466 et seq. to enforce the Writ of Mandamus, ensuring defendant compliance with judicial orders. This is essential to uphold the rule of law and the principles enshrined in our legal system.

   2) Surety Bond Compliance and Verification: In accordance with Virginia Code § 38.2-2200, there is an urgent need to validate surety bond adherence, safeguarding my financial and legal rights. This action is pivotal to maintaining trust in the judicial process and ensuring accountability.

   3) Rectification by Chesapeake Clerk's Office: Prompt correction of procedural missteps is needed, as mandated by Virginia Code §§ 8.01-296 and 8.01-327, to restore procedural integrity and ensure the lawful service of documents and judicial notifications.

   4) Judicial Review Concerning DOJ Misconduct: Allegations against DOJ personnel, notably Mr. Daniel Shean, highlight a severe breach of trust. A thorough and transparent judicial review is indispensable to address potential abuses of power and restore public confidence in our legal institutions.

   5) Adherence to THE PARENTORY NORM INTERNATIONAL LAWS and ERGA OMNES OBLIGATIONS: The case's proceedings must reflect the foundational principles of PARENTORY NORM INTERNATIONAL LAWS and ERGA OMNES OBLIGATIONS, honoring the inherent rights and dignity afforded to every individual, and ensuring equitable treatment under GOD'S KINDOM.

   6) Compliance with Treaties, Virginia Charters, and International Agreements: It is imperative that actions taken align with established treaties, the principles set forth in Virginia charters, and relevant international agreements, particularly those addressing "Breach of the Peace" and ensuring "Ubi jus ibi remedium" – where there is a right, there must be a remedy.

The neglect and disregard for these critical legal standards and ethical obligations represent a direct violation of the principles intended to safeguard our SOVEREIGN NATION AND SOCIETY and ensure justice for its members, particularly those who have served our nation.

I demand an exhaustive and transparent response outlining the measures the Virginia Beach Circuit Court and the Virginia General Assembly will implement to rectify these pressing issues, ensuring compliance with all relevant legal standards and restoring the principles of justice and equity.

Please confirm receipt of this communication and inform me of the measures you will take to address this grave issue. Your prompt and decisive response is imperative to restoring public confidence in our judicial system.

Thank you for your immediate attention to this pressing matter. Notarized Affidavits have been sent to the Judicial Inquiry and Review Commission as seen here: Without Prejudice. UCC 1-308 I Am La Terrence D Kelley D18834995, Former USCG Employee Under Agency Position Number 000041854 Cestui Que Vie, A Natural Being in Full Life, Propria Persona Pro Se, Sworn Under Oath, And Submit This Page in Good Faith as A True and Accurate Depiction: **Legal Maxim Is Ubi Jus Ibi Remedium**

*Notice: "and to the republic for which it stands" let this serve as notice to the defense, witnesses and FIDUCIARIES, 22VAC30-100-15 mandated reporters, and Constitutional Officers, as a poignant reminder of the solemn responsibility entrusted to all citizens and public officials to safeguard the integrity of the republic. Anchoring the collective commitment to upholding the principles and values upon which the nation was founded preserving the sanctity of elections, ensuring transparency in governance, and upholding the international agreements, International Law and Justice https://www.un.org/en/global-issues/international-law-and-justice , Natural law, treaties and International Agreements between sovereign states (or between states and international organizations) governed by international law(s) and or in accordance with the laws of the Virginia, Virginia Charters and or the Republic of Virginia.*

*All of the above in the presence of a notary public. All evidence, records and testimony submitted by for submission be produced with the details showing the originator details and author and creation date, and all true and accurate depictions of those documents' details of that page, be in full view for each document submitted.*

Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction: Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.

**OMB Control Number 1610-0001**                                                  **A SECURITY (15 USC)**

LA TERRENCE D. KELLEY v. ALEJANDRO N. MAYORKAS DEPARTMENT OF HOMELAND SECURITY
**WRIT OF QUO WARRANTO**

**La Terrence D. Kelley**
2nd District, Virginia
3428 Eight Star Way
Chesapeake, VA 23323
Case No. 550CL2300541700

**NOTICE TO THE AGENT AND THE PRINCIPAL**
Urgent Requirement for Writ of Execution to
Enforce Compliance on Writ of Mandamus and Immediate Investigation
for High Crimes and Misdemeanors against Humanity





**Virginia Charters_Chesapeake Properties**                      ✕

General   Security   Details   Previous Versions

| Property | Value |
| --- | --- |
| File | |
| Name | Virginia Charters_Chesapeake.pdf |
| Type | Microsoft Edge PDF Document |

The affidavit **MUST** include a jurat, which is a notarial statement that typically begins with language like "Sworn and subscribed before me..." followed by the notary's signature, seal, and the date **AND MUST ATTEST TO THE TRUTHFULNESS AND ACCURACY OF ALL STATEMENTS MADE IN THE AFFIDAVIT, OR ANY RECORDS,** TESTIMONY AND EVIDENCE SUBMITTED AS IT RELATES TO THE PETITIONER LA TERRENCE D KELLEY, FORMER USCG EMPLOYEE UNDER AGENCY POSITION NUMBER 000041854. THIS IS PARTICULARLY CRUCIAL IN THE LEAD-UP TO THE 2024 PRESIDENTIAL ELECTIONS, AS PUBLIC CONFIDENCE IN THE ELECTORAL PROCESS AND THE LEGITIMACY OF ELECTED OFFICIALS IS PARAMOUNT FOR CREDIBILITY, INTEGRITY, AND TRANSPARENCY.

*I hereby certify that, on Monday, April 22, 2024, I sent Letter to discuss the following Writ of Quo Warranto, Intent to Sue, DELAY, LACHES, AND ACQUIESCENCE, Confirm or Deny The FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS commitment to upholding their legal and ethical obligations of their Oath of Office and Law, to the Citizens and Community of Hampton Roads Virginia. INSPECT GOVERNMENTAL RECORDS and all mentioned above and or related to TRANSACTION # 23082500040 RECEIPT #23000011316 COURT ORDERED WRIT OF MANDAMUS WM-049 Transaction # 23082500040 Receipt #23000011316 formal notice Case No.  550CL2300541700: to the FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS included in this email and affidavits, who are located at and the FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS named above;*

*And to the FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS that are located at 300 East Main Street Towers, Norfolk VA 23510 and The Coast Guard's Legal Team and Counsel Offices located at 101 West Main Street, Norfolk, VA 23510 suite 8000, and 2100 Jameison Avenue, Alexandria VA 22314 and Jerald Travis Badge #3281, POI: Andy, POI: Sean and POI: US DEPUTY MARSHALL BUTT DIAL from U.S. Marshal's Office for the Eastern District of Virginia, and Eastern District Court of Virginia 600 Granby Street, and is hereby notified and warned that: Any such response must be filed within three(3) days of the date of this letter on which the letter was sent. This letter was sent on Monday, April 22, 2024.*

**ROSEBORO NOTICE Pursuant to the requirements of Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975),**
*In any response that FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS files, The FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS must identify all facts stated by the Petitioner with which FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS disagree and must set forth FIDUCIARIES, 22VAC30-100-15. MANDATED REPORTERS, AND CONSTITUTIONAL OFFICERS' lawful and true and accurate version(s) of the facts by offering affidavits (written statements signed before a notary public and under oath) and submitted IAW Office Of Authentication as previously sent to all parties.*

Yours sincerely,

Sincerely: La Terrence D. Kelley Monday, April 22, 2024

**VETERANS ✦ VETERANS**

The One Stop Shop for Veterans and Servicemembers after their Call of Duty.

**CC: Stakeholders**
**Lieutenant Governor, Winsome Earle-Sears**
Governor Governor's Glenn Youngkin, Commonwealth of Virginia
Representative Jen Kiggans, Virginia's 2nd Congressional District
Jason S. Miyares, Attorney General of Virginia
Lina M. Khan, Chair, Federal Trade Commission
Director, Financial Crimes Enforcement Network
Judicial Inquiry and Review Commission
General Counsel, Administrative Office of the U.S. Courts
[Local Department of Veterans Affairs Representative]
[Veteran Advocacy Organizations 400+] Congressional Bills on Racial Equity

**VIRGINIA NOTARIAL CERTIFICATE**
**(JURAT)**

Commonwealth of Virginia
County of _Chesapeake_

The foregoing instrument was subscribed and sworn before me this _22_ day of _April_, 20_24_ by _____ [Name of Affiant].
_La Terrence D. Kelley_

Seal

_____ [Signature of Person Taking Acknowledgement]

DIANA MINTON
Notary Public
Commonwealth of Virginia
Registration No. 322694
My Commission Expires Feb 28, 2026

_____ [Title or Rank]

_____ [Serial Number, if any]

Notary's Registration Number: _322694_

Without Prejudice. UCC 1-308 I am La Terrence D Kelley, former USCG employee under Agency Position Number 000041854 Cestui Que Vie, a natural being in full life, propria persona pro se, sworn under oath, and submit this page in good faith as a true and accurate depiction: Code 1950, §§ 6-404, 6-408; 1964, c. 219, §§ 8.3-302, 8.3-304; 1992, c. 693. Code 1950, §§ 6-367, 6-368, 6-380, 6-409 through 6-411; 1964, c. 219, §§ 8.3-305, 8.3-306; 1992, c. 693.